IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN III,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES THORNTON, individually and in his official capacity; WILLIAM BRADY, individually and in his official capacity; ANDREW WORLEY, individually and in his official capacity; CHRISTOPHER GODWIN, individually and in his official capacity; SAMPSON COUNTY; and THE UNKNOWN SURETY of THE SAMPSON COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　　Defendants. | **ORDER TO REFUND FILING FEE FOR 7:23-CV-01675** |

THE COURT, having reviewed the plaintiff's motion and the electronic file, and for good cause shown, hereby ORDERS a refund of the filing fee tendered under case number 7:23-CV-01675.

Dated this 25th day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge