IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN III, ) ) ) ) Plaintiff, ) ) v. ) ) JAMES THORNTON, individually and in his official capacity; WILLIAM BRADY, individually and in his official capacity; ANDREW WORLEY, individually and in his official capacity; CHRISTOPHER GODWIN, individually and in his official capacity; SAMPSON COUNTY; and THE OHIO CASUALTY INSURANCE COMPANY, individually, and as a subsidiary to LIBERTY MUTUAL INSURANCE COMPANY, as Surety, ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | PLAINTIFF"S STIPULATION TO DEFENDANT WILLIAM BRADY'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

NOW COMES the Plaintiff, Antonio Trey Jones, by and through the undersigned counsel, and hereby notifies the Court that Plaintiff consented to Defendant William Brady's Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Plaintiff's consent was communicated to counsel for Defendant William Brady via electronic mail on Friday, March 22, 2024.

This the 26th day of March, 2024.

/s/ Patrick R. Anstead

By: _____

Patrick R. Anstead
The Richardson Firm, PLLC
455 Ramsey Street
Fayetteville, North Carolina 28301
Telephone: (910) 488-5050
Facsimile: (910)
patrick.anstead@therichardsonfirm.com
N.C. State Bar No.: 48259
*Attorney for Plaintiff*

# Certificate of Service

      I, Patrick R. Anstead, hereby certify that I electronically filed and/or served the foregoing *Plaintiff's Stipulation to Defendant William Brady's Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint* and all other parties with the Clerk of Court using the CM/ECF system.

**Via CM/ECF Only**

| | |
|---|---|
| Mr. F. Marshall Wall<br>Cranfill Sumner, L.L.P.<br>Post Office Box 27808<br>Raleigh, North Carolina 27611-7808<br>mwall@cshlaw.com<br>*Attorney for Defendants James Thornton, Andrew Worley, Christopher Godwin Sampson County* | Frederick M. Thurman, Jr.<br>Shumaker, Loop & Kendrick, LLP<br>101 South Tryon Street, Suite 2200<br>Charlotte, North Carolina 28280<br>fthurman@shumaker.com<br>*Attorney for Defendant The Ohio Casualty Insurance Company* |

J. Locke Milholland, IV
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
jmilholland@ncdoj.gov
*Attorney for Defendant William Brady*

      This 26th day of March, 2024

                            /s/ Patrick R. Anstead

By:    _____
        Patrick R. Anstead
        The Richardson Firm, PLLC
        455 Ramsey Street
        Fayetteville, North Carolina 28301
        Telephone: (910) 488-5050
        Facsimile: (910) 339-4373
        patrick.anstead@therichardsonfirm.com
        N.C. State Bar No.: 48259
        *Attorney for Plaintiff*