IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN, III<br><br>    Plaintiff,<br><br>v.<br><br>JAMES THORNTON, *et al.*,<br><br>    Defendants. | **MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER** |

NOW COMES the N. C. State Bureau of Investigation ("SBI") through counsel, Special Deputy Attorney General J. Locke Milholland, IV, pursuant to Fed. R. Civ. P. 26(c)(1), requesting that the Court enter a Consent Protective Order controlling the production of confidential documents, material and information ("Confidential Information"). A copy of the proposed Consent Protective Order is attached hereto. In support of this motion, SBI states as follows:

1. The SBI has located documents that are responsive and may be responsive to future discovery requests propounded by Plaintiff to Defendants.

2. The documents identified and located by the SBI contain confidential information.

3. In light of the confidentiality of this material, and in an effort to protect that confidentiality, a Consent Protective Order is necessary to authorize the release of the Confidential Information and its handling as well as to ensure that the Confidential Information is not disclosed or used for any purpose except in connection with this litigation.

1

4. In the interests of justice and to further the legitimate causes of this litigation, SBI respectfully requests that the Court enter the attached proposed Consent Protective Order in order to permit the disclosure of the confidential information subject to its terms.

5. Undersigned counsel has conferred with counsel for the Plaintiff and counsel for Defendants, and all counsel of record agree to entry of the Consent Protective Order.

WHEREFORE, the SBI respectfully requests that this Court enter the Consent Protective Order, and grant such and other further relief as the Court deems appropriate.

This the 16th day of September 2024.

**JOSHUA H. STEIN**
**Attorney General**

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Assistant Attorney General
N.C. State Bar No. 35449
N.C. Department of Justice
Public Safety Section
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6545
Fax: (919) 716-6761
E-mail: jmilholland@ncdoj.gov
*Attorney for William T. Brady*

# CERTIFICATE OF SERVICE

I, J. Locke Milholland, IV, hereby certify that on this day, I electronically filed the foregoing **MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER** with the Clerk of the Court utilizing the CM/ECF system, which will provide electronic notification to counsel of record as follows:

Patrick R. Ansted
The Richardson Firm, PLLC
455 Ramsey Street
Fayetteville, NC 28301
patrick.anstead@therichardsonfirm.com
*Attorney for the Plaintiff*

Austin Katherine Smith Sistrunk
Cranfill Sumner & Hartzog, LLP
101 3rd Street, Suite 400
Wilmington, NC 28401
asistrunk@cshlaw.com
*Attorney for James Haywood Thornton, Andrew Worley, Christopher Godwin, and Sampson County*

Frederick M. Thurman, Jr.
Shumaker, Loop & Kendrick, CCP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280
fthurman@slk-law.com
*Attorney for The Ohio Casualty Insurance Company*

F. Marshall Wall
Cranfill Sumner & Hartzog, LLP
P. O. Box 27808
Raleigh, NC 27611
*Attorney for James Haywood Thornton, Andrew Worley, Christopher Godwin, and Sampson County*

The  16th  day of September 2024.

/s/ J. Locke Milholland, IV
J. Locke Milholland
Special Deputy Attorney General