UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN III,<br>    Plaintiff,<br><br>       v.<br><br>JAMES THORNTON, et al.,<br><br>    Defendants. | **NOTICE OF APPEARANCE** |

Notice is hereby given, by and on behalf of Plaintiff of the appearance of Robert H. Jessup, Esq., of the law firm of Howard Stallings, as counsel of record. All pleadings, notices, and other filings should henceforth be served on the above-named counsel of record.

This the 14th day of November, 2024.

**HOWARD STALLINGS LAW FIRM**

By:/s/ Robert H. Jessup
   Robert H. Jessup (State Bar No. 42945)
   5410 Trinity Road, Suite 210
   Raleigh, North Carolina 27607
   Telephone: (919) 821-7700
   rjessup@howardstallings.com
   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I electronically filed the foregoing, with the Clerk of Court using the CM/ECF system which will send notification of such filing.

      This the 14th day of November, 2024.

**HOWARD STALLINGS LAW FIRM**

By: /s/ Robert H. Jessup
    Robert H. Jessup (State Bar No. 42945)
    5410 Trinity Road, Suite 210
    Raleigh, North Carolina 27607
    Telephone: (919) 821-7700
    rjessup@howardstallings.com
    *Attorney for Plaintiff*