IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through is Guardian Ad Litem, CHARLES M. BRITTAIN III, <br><br>   Plaintiff, <br><br> v. <br><br> JAMES THORNTON, individually and in his official capacity, WILLIAM BRADY, individually and in his official capacity, ANDREW WORLEY, individually and in his official capacity, CHRISTOPHER GODWIN, individually and in his official capacity, SAMPSON COUNTY, and THE OHIO CASUALTY INSURANCE COMPANY, individually, and as a subsidiary to LIBERTY MUTUAL INSURANCE COMPANY, as Surety, <br><br>   Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that F. Marshall Wall and Austin K. Sistrunk of Cranfill Sumner LLP are being substituted as counsel for Defendant The Ohio Casualty Insurance Company, individually and as a subsidiary to Liberty Mutual Insurance Company, in the above-captioned case, with the consent of Defendant, in place of attorney Frederick M. Thurman, Jr., of Shumaker, Loop & Kendrick, LLP. Mr. Thurman should be removed from all mailing and notification lists for this matter, and Mr. Wall and Ms. Sistrunk should receive all future pleadings, notices and other correspondence relating to this matter at the address indicated

below. Mr. Wall and Ms. Sistrunk are aware of and will comply with all pending deadlines in the case.

This the 6th day of December 2024.

<pre>
                      BY:   /s/F. Marshall Wall
                            F. MARSHALL WALL
                            State Bar No. 26804
                            AUSTIN K. SISTRUNK
                            State Bar No. 58084
                            Post Office Box 27808
                            Raleigh, North Carolina 27611-7808
                            Telephone: 919-828-5100
                            Fax:  919-828-2277
                            Email:  mwall@cshlaw.com
                                    asistrunk@cshlaw.com
</pre>
*Attorneys for Defendants Sheriff James Thornton, Andrew Worley, Christopher Godwin, Sampson County, and The Ohio Casualty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO TREY JONES, by and through is Guardian Ad Litem, CHARLES M. BRITTAIN III,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES THORNTON, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on December 6, 2024 the foregoing *Notice of Substitution of Counsel* was electronically filed with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

        BY:   /s/F. Marshall Wall
                 F. MARSHALL WALL
                 State Bar No. 26804
                 AUSTIN K. SISTRUNK
                 State Bar No. 58084
                 Post Office Box 27808
                 Raleigh, North Carolina 27611-7808
                 Telephone: 919-828-5100
                 Fax:  919-828-2277
                 Email:  mwall@cshlaw.com
                         asistrunk@cshlaw.com
                 *Attorneys for Defendants Sheriff James Thornton, Andrew Worley, Christopher Godwin, Sampson County, and The Ohio Casualty Insurance Company*