IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:23-CV-01676-FL

| | | |
|---|---|---|
| ANTONIO TREY JONES, by and through is Guardian Ad Litem, CHARLES M. BRITTAIN III, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES THORNTON, individually and in his official capacity, WILLIAM BRADY, individually and in his official capacity, ANDREW WORLEY, individually and in his official capacity, CHRISTOPHER GODWIN, individually and in his official capacity, SAMPSON COUNTY, and THE OHIO CASUALTY INSURANCE COMPANY, individually, and as a subsidiary to LIBERTY MUTUAL INSURANCE COMPANY, as Surety, | ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The undersigned, Ryan L. Bostic of Cranfill Sumner LLP, gives notice of appearance as counsel of record for Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County, and The Ohio Casualty Company in the above-captioned action.

This the 16th day of January 2025.

BY:  /s/ Ryan L. Bostic_____
RYAN L. BOSTIC
N.C. State Bar No. 44982
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210 (28403)
P.O. Box 1950
Wilmington, NC  28402
Telephone: (910) 777-6000
Facsimile: (910) 777-6111

Email: rbostic@cshlaw.com
*Attorneys for Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County, The Ohio Casualty Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:23-CV-01676-FL

| | | |
|---|---|---|
| ANTONIO TREY JONES, by and through is Guardian Ad Litem, CHARLES M. BRITTAIN III, | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JAMES THORNTON, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

The undersigned hereby certifies that on January 16, 2025 the foregoing *Notice of Appearance* was electronically filed with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

BY:  /s/ Ryan L. Bostic
RYAN L. BOSTIC
N.C. State Bar No. 44982
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210 (28403)
P.O. Box 1950
Wilmington, NC  28402
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
Email: rbostic@cshlaw.com
*Attorneys for Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County, The Ohio Casualty Company*