IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through is Guardian Ad Litem, CHARLES M. BRITTAIN III, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   **NOTICE OF VIDEO DEPOSITION**<br>) |
| JAMES THORNTON, individually and in his official capacity, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

TO:   Plaintiff, Antonio Trey Jones, by and through his attorneys of record:
       Robert H. Jessup
       Howard Stallings
       5410 Trinity Road, Suite 210
       Raleigh, NC 27607

       Patrick R. Anstead
       The Richardson Firm, PLLC
       455 Ramsey Street
       Fayetteville, NC 28301

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, please take notice that at 10:00 a.m. on February 24, 2025, counsel for Defendants will take the videotaped deposition of Antonio Trey Jones at Bladen County Public Library, 111 N. Cypress Street, Elizabethtown, North Carolina, before an officer authorized by law to administer the oath in the State of North Carolina. The deposition may be recorded by video. As counsel for the plaintiff, you are hereby requested to appear and participate in the taking of this deposition.

This the 17th day of January 2025.

                            **CRANFILL SUMNER LLP**

BY: _____
    F. MARSHALL WALL
    State Bar No. 26804
    AUSTIN K. SISTRUNK
    State Bar No. 58084
    RYAN L. BOSTIC
    State Bar No. 44982
    Post Office Box 27808
    Raleigh, North Carolina 27611-7808
    Telephone: 919-828-5100
    Fax: 919-828-2277
    Email: mwall@cshlaw.com
           asistrunk@cshlaw.com
    *Attorneys for Sheriff James Thornton, Andrew Worley, Christopher Godwin, Sampson County, and The Ohio Casualty Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing Notice of Deposition was served on the following parties to this action by **electronic mail** addressed to:

| | |
|---|---|
| Patrick R. Anstead<br>The Richardson Firm, PLLC<br>455 Ramsey Street<br>Fayetteville, NC 28301<br>patrick.anstead@therichardsonfirm.com<br>*Counsel for Plaintiff* | Robert H. Jessup<br>5410 Trinity Road, Suite 210<br>Raleigh, NC 27607<br>rjessup@howardstallings.com<br>*Counsel for Plaintiff* |
| J. Locke Milholland, IV<br>North Carolina Department of Justice<br>114 West Edenton Street<br>Raleigh, North Carolina 27603<br>jmilholland@ncdoj.gov<br>*Counsel for William Brady* | |

This the 17th day of January 2025.

**CRANFILL SUMNER LLP**

BY: _/s/ F. Marshall Wall_

F. MARSHALL WALL
State Bar No. 26804
AUSTIN K. SISTRUNK
State Bar No. 58084
RYAN L. BOSTIC
State Bar No. 44982
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919-828-5100
Fax: 919-828-2277
Email: mwall@cshlaw.com
asistrunk@cshlaw.com
*Attorneys for Sheriff James Thornton, Andrew Worley, Christopher Godwin, Sampson County, and The Ohio Casualty Company*