**EXHIBIT 1**



**ROY COOPER
GOVERNOR**

# NORTH CAROLINA
# STATE BUREAU OF INVESTIGATION

3320 Garner Road
P.O. BOX 29500
Raleigh, NC 27626-0500
(919) 662-4500
FAX: (919) 662-4523



**ROBERT SCHURMEIER
DIRECTOR**

January 19, 2018

**MEMORANDUM**

**TO:** Assistant Director Masha Rogers

**FROM:** Special Agent In Charge Errol Jarman

**SUBJECT:** <u>Documenting Management "Coaching Session" with S/A William Brady</u>

On Tuesday, January 9, 2018 Assistant Special Agent In Charge (ASAC) Lee Newcomb and Special Agent in Charge (SAC) Errol Jarman met with Special Agent (S/A) William Brady to discuss an overall poor work performance by SA Brady. More specifically the meeting reflected numerous and continuous violations of State Bureau of Investigation (SBI) policy and procedure as it relates to report writing quality, required documented investigative time lines and completion of mandatory "Need to Do" activity as directed by SBI District Management.

To assist with the "coaching session" ASAC Newcomb prepared a memo that memorialized issues and concerns with many of SA Brady's cases. It should be noted that SA Brady has cases that were not documented in ASAC Newcomb's memo that are also of concern to Southeastern District Management. A copy of ASAC Newcomb's memo utilized during this "coaching session" is attached to this memo; See Attachment: Brady 1.

It should be noted the concerns of Southeastern District Management of S/A Brady are not new. SAC Jarman has been a part of the District Management Team for approximately 9 years and SA Brady's work performance has been a matter of concern for a number of years going to back to the tenure of SAC Janie Sutton and ASAC Trent Bullard. More specifically S/A Brady has, for a number of years, failed to document investigative activity within the guidelines of SBI policy and procedure and not completed directives from District Management to complete investigative activity as directed by District Management. S/A Brady has failed to submit "SBI Exception to Policy" forms as expected when an agent is temporarily out of compliance with policy and procedure. It should be noted that during the "coaching session" SA Brady advised that he was told by ASAC Trent Bullard and SAC Janie Sutton to in fact not to complete an "Exception to Policy" as that would bring attention to his lack of compliance with SBI Policy. SAC Jarman contacted retired SAC Trent Bullard and he advised he did not recall any conversation with SA Brady to not complete "Exceptions to Policy" and that such conversation would be against his routine management style when he was part of the Southeastern District Team. SAC Jarman also contacted retired SAC Janie Sutton and she did not recall having a conversation with

SA Brady concerning the practice of not completing an "Exception to Policy". Both Retired SACs Sutton and Bullard believe Brady must had misunderstood conversations they had with him concerning "exceptions to policy".

During this "Coaching Session" SA Brady advised that he did not conduct his investigations in a manner that would allow him to comply with SBI policy and procedure and document investigative activity within 15 working days. SA Brady advised that he completed his entire criminal investigation and at that time he would document his investigative activity. SA Brady advised he was years behind on his documentation and investigative activity directives as given by management because he would be assigned another investigation. SA Brady advised he should not have to investigate more than one case at a time and no more than 5 cases within a year.

SAC Jarman advised SA Brady during this coaching session that he would be required from this day forward to comply with and not ignore SBI Policy and procedure. He specifically was to document his investigative activity within 15 working days as required by policy and procedure and he was to submit an "exception to policy" for management consideration if he had a valid reason for failing to comply with that policy and procedure. SA Brady was also advised by SAC Jarman, again, that Management directives, resulting from a 180 day case review were not investigative suggestions but directives to complete all activity, usually within 30 days. A review of SA Brady's case files show that he has directives that are years old that have not been completed as required. It was also noted that SA Brady had rejected documents he has not corrected in Info-share that are over one year old.

SAC Jarman addressed SA Brady's belief that he should only work one investigative case at a time and no more than 5 investigative cases in one year. SAC Jarman advised SA Brady that SBI Agents historically work more than one investigation at a time and considerably more than five cases per a year.

In an effort to assist S/A Brady with completing past due dictation, some a year or more late, and completing investigative directives resulting from case reviews over the last 5 years S/A Brady has been confined to the District Office to work on the identified deficiencies. This comes at a great cost to the remaining agents that conduct multiple investigations and do so within SBI Policy and Procedure. It is a great cost because someone else will have to conduct investigations that arise in S/A Brady's assigned county for the near future. It should be noted that S/A Brady was on administrative duty for approximately 4 months during 2016 and had the opportunity to conduct numerous activities that continue to be in a pending status today.

ASAC Newcomb indicated his memo was not to be considered a written warning or a "write up" and that a copy of such would not be placed in S/A Brady's personnel file. As SAC of the Southeastern District I have decided the "coaching session" held on January 9, 2018 would in fact be documented and a follow up memo would be drafted by me to the Assistant Director concerning S/A Brady's continued failure to comply with SBI Policy and Procedures as it pertains to issues described above. A copy will also be sent to SBI Human Resources Director, Mr. Tim Mayes, with a request same be placed in S/A Brady's personnel file. This decision was made as the policy and procedure violations have been addressed sufficiently over the past years in a verbal manner with S/A Brady and there has not been any improvement in S/A Brady's attempt to be compliant with SBI Policy and Procedure as described above.

As this memo pertains to a personnel matter S/A Brady has been directed by SAC Jarman not to discuss the contents of this memo, the existence of this memo or anything related to this memo with or around SBI personnel, either sworn or non-sworn with the exception of District Management, the SBI Executive

Management Team or their designees. S/A Brady has been advised violation of this directive will constitute insubordination and investigated appropriately.

The violations of SBI policy and procedure will be documented in S/A Brady's interim performance evaluation that is currently underway. As a result of performance issues, a detailed improvement performance plan will be drafted by District Management to assist S/A Brady with correcting poor performance and failure to comply with SBI Policy and Procedures.

CC: Mr. Tim Mayes, SBI Human Resources Director
Mr. Dirk German, Assistant Director of Professional Standards
Ms. Angel Grey, SBI Legal Counsel
Personnel File – Special Agent William Brady
Special Agent William Brady




# NORTH CAROLINA
# STATE BUREAU OF INVESTIGATION

3320 Garner Road
P.O. BOX 29500
Raleigh, NC 27626-0500
(919) 662-4500
FAX: (919) 662-4523

**ROY COOPER**
**GOVERNOR**

**ROBERT SCHURMEIER**
**DIRECTOR**

January 9, 2018

## MEMORANDUM

TO: SA W. R. Brady, II

FROM: ASAC C. L. Newcomb

SUBJECT: *Case File Review*

While conducting your case file review for the fall of 2017, I have made the following observations:

- As of the date of this memo, you have not returned your Case File Review form back to me. I had requested this in early October and again on November 22.

- You need Exceptions to Policy in most of your cases to cover late dictation. These are not optional.

- We have discussed your "old" cases several times, however, I must note the following:

  o  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     - There has been no activity in this case since April 4, 2014. On the May 13, 2016 review, there were a number of NTDs identified as outstanding. These must be completed with all possible speed.

  o  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     - There has not been any activity in this case for quite a while, since approximately December 2012. Apparently the ▮▮▮▮▮▮ has arrested one or more suspects. Previously assigned NTDs require the attachment of arrest reports, which has not been completed. **Follow up with Bladen SO and Bladen DA to determine the status of this matter** so we can determine how to move forward.

  o  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     - There has been no activity since November 14, 2014. The CFR by me on June 7, 2016 required completion of previously assigned NTDs dating from October 17, 2013. Previous ASACs have indicated that this case can be closed as the suspect has fled to Mexico. However, this cannot be done without a **Cover Sheet/Synopsis**.

  o  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     - There has been no documented activity in this case since January 31, 2013. The CFR by me on June 7, 2016 required completion of NTDs dating back to November 14, 2011. An NTD was also assigned to confer with the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to determine

what activity they may have completed. You have expressed a desire to have this case placed in INACTIVE status. This cannot be done with outstanding NTDs.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - This a child molestation case that appears to have been fairly cut and dry. The victims were 12 and 13 and were considered believable. Apparently other victims have been identified. There has been no activity in this case since February 6, 2014. Several NTDs were assigned on April 14, 2014 which have not been completed.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - What is the status on the outstanding defendants? NTDs were assigned on October 8, 2012 for various reports. There is no indication these were completed. This includes arrest reports (SBI-4) and Cover Sheet and Synopsis. **Determine the court status of the additional co-defendants and complete the required reports.**

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - It appears this case is complete and pending court. Check the status of the defendants and close if possible.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - The last documented activity is August 23, 2014. A NTD report dated December 10, 2014 indicated that the case could be placed in INACTIVE status when previous NTDs have been completed. These are still outstanding.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - What is the status of this case? Multiple arrests were made in 2013. This is an assault case, have these defendants plead? Was any laboratory work performed? Two suspects are listed as well as 3 defendants. Were these people ever charged?

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - There is an interview pending in InfoShare since February 24, 2015. The last documented activity was April 1, 2013. This case is related to ▮▮▮▮▮▮ Numerous NTDs have been assigned in the past. These must be completed.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - **There is a report in PROCESSOR SENT TO AGENT status since January 14, 2013.** There has not been any activity in this case since December, 2012. Multiple leads are outstanding and NTDs have been previously assigned.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - This is related to ▮▮▮▮▮▮ There is very little documentation in this file, with no new activity since November, 2012. Previous NTDs have been given but not completed.

- ▮▮▮▮▮▮▮▮▮▮▮▮
  - There has been no documented activity since February 17, 2014. This case file is long on document searches and attachments, and short on interviews. What is the status? Is this solvable? There are no Lab reports, was evidence submitted? Previous NTDs were assigned but not completed.

- o ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  - This case involves ▇▇▇▇▇▇ I remember when there was a lot of activity surrounding her with a solicitation for murder, this murder, Medicaid fraud, and arson. Two arrests were made in March 2014. There are a number of reports sitting in InfoShare which have not been uploaded. Has anything for this case been submitted? **What is the status of this case? We need to find out and make sure there is not a discovery issue.** Also, my reading of this file does not support the charges. What is the additional information?
  - There is a lot of information about the Medicaid Fraud case and the Solicitation case in this file, it is short on original activity.
  - There is no Cover Sheet/Synopsis or Certificate of Delivery.

- o 2013-01714 (Homicide)
  - Staff inspection on December 10, 2014 indicates several NTDs which are essentially repeats from September 8, 2014. These have not been completed. This list includes a Cover Sheet/Synopsis, SBI-4 Arrest Report, and handwritten notes. You've told me this case has attracted media attention, it needs to be completed ASAP!

- o ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  - There has been no activity in this case since October of 2014. Specifically, neither victim nor the suspect has been interviewed. Previously assigned NTDs have directed this action and to close the case. This could be put to bed rather quickly.

- o ▇▇▇▇▇▇▇▇▇▇
  - Why is this still open? DA Newton advised no charges would be filed and the case could be closed a while back.

- o ▇▇▇▇▇▇▇▇▇▇▇▇
  - There has not been any activity in this case since January 5, 2015. It seems like this case might be a justifiable homicide. What is in the Sampson County File? There is no autopsy report, crime scene search, etc.

- o ▇▇▇▇▇▇▇▇▇▇▇▇
  - There has not been any activity in this case since January of 2015. NTDs dated May 11, 2016 require the completion of a number of interviews, notes, etc. There is a possibility the victim wanted this investigation halted. Has that been followed up on? That would be an easy way to close this case out.

- o ▇▇▇▇▇▇▇▇▇▇▇▇
  - There is only one report in this file and that is from ▇▇▇▇▇▇▇▇▇▇▇▇ Get with the Sheriff's Office and determine what they have done, get it in the file, and finish out this case.

- o ▇▇▇▇▇▇▇▇▇▇▇▇
  - The only reports in this homicide file are from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ There has not been any reported activity since May 14, 2015.

- ▪ This is the ▓▓▓▓ case. What is the status? I remember there being pressure for the file because of a pending court date. NTDs assigned on May 11, 2016 show the Autopsy report as pending. Has it been completed? Exceptions to policy for late dictation are also needed. I have a note saying that ▓▓ plead to 3 years. **Why has this not been closed?**

- ▪ This is the larceny from ▓▓▓▓▓▓▓▓▓▓ You mentioned to me several months ago that you had new information regarding this matter. Finish this up so we can either charge it or close it.

- ▪ ▓▓▓▓▓▓▓▓ case. What is the status?

- ▪ This was an LA for crime scene and cell bright. Your crime scene report has been in PENDING status since June 29, 2016. Get it finished and get it closed.

- ▪ There has been no activity in this file since March 2, 2016, and that was by ▓▓ Where are the reports?

- ▪ This is the ▓▓▓▓ case you inherited from ▓▓▓▓ What is the status. I recall it should be about ready to either charge or close?

- ▪ There are four reports in Infoshare for this case, none of which have been approved. I have previously rejected one of them, and the others are in various stages of PENDING. The latest activity date is November 10, 2016. This case needs to be worked.

- ▪ There is very little in this file, only nine documents. Some files were uploaded in August, 2017 at the request of the DA. There is not enough information to even begin to properly review this case. Two reports were rejected in January 2017. These have not been corrected. All activity must be documented.

- ▪ Has ▓▓ said we can close this case out?

- ▪ You have NO documented activity in this file. I know a lot of work has been done which must be documented.

Then ASAC Bullard prepared a similar memorandum on April 4, 2012 addressing many of these same issues. A copy of that memorandum can be found in the relevant case files.

I know you are working a number of cases, mainly homicides. However, the documentation of an investigation is just as if not more important than the activity. As you well know, "if it isn't written down, it didn't happen." In several of the cases above, people are in jail. We face a potential discovery issue if the files are not completed and turned over soon. I am not suggesting that you are not working. However, you must find a way to work more efficiently and better manage your time.

Remember, Bureau policy requires dictation to be completed within 15 days of the activity. While there is always flexibility and extenuating circumstances, we must strive to adhere to this standard. Also, Bureau policy requires activity in each case at least every 180 days.

In an effort to correct these issues, beginning tomorrow, you will report to the District Office by 9:00 AM. An office space will be found with appropriate computer access where you can work on clearing the NTDs. Any deviation from this must be approved by either myself or SAC Jarman. These issues MUST be cleared by March 1, 2018, the date of the next Case File Review. If they are not, further steps will be taken.

Also, you must mark the NTD form as each item is completed and this must be filed in the administrative file. This is the method for tracking given NTDs.

You should not consider this to be a written warning, "write-up" or even a reprimand. No copy will be placed in your personnel file and no one outside of the Southeastern District Office is aware. This is intended as a "coaching session" in order to correct a problem before it becomes uncorrectable.

Should you have any questions, please do not hesitate to ask.

CLN/ln