```
 1           IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 3                    SOUTHERN DIVISION
 4            Civil Action No. 7:23-CV-01676-FL
 5   _____
                                          )
 6   ANTONIO TREY JONES, by and through   )
     his Guardian Ad Litem, CHARLES M.    )
 7   BRITTAIN, III,                       )
                                          )
 8                         Plaintiff,     )
     Vs.                                  )
 9                                        )
                                          )
10   JAMES THORNTON, individually and     )
     in his official capacity, et al.,    )
11                                        )
                      Defendants.         )
12   _____)
13
                    Video deposition of:
14
                        JESSICA JONES
15
                         * * * * *
16
                  SCHEDULED TO BE TAKEN ON:
17
                       July 21, 2025
18
                  Beginning at 10:15 A.M.
19
                         * * * * *
20
                         TAKEN AT:
21
                   THE RICHARDSON LAW FIRM
22
                       455 Ramsey Street
23
                  Fayetteville, North Carolina
24
25
```

1  T A B L E   O F   C O N T E N T S
2
3  Title Page ...................................1
4  Table of Contents ............................2
5  Appearances ..................................3
6
7              Jessica Jones - Witness:
8  Examination by Mr. Bostic................... 5
9  Examination by Mr. Milholland ...............60
10 Reporter's Certificate ..................... 69
11
   Please Note:  Proper nouns MAY BE spelled phonetically.
12 Exhibits are attached at the rear of the transcript.
13
                         EXHIBITS
14
15              (No exhibits were marked)
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
800.743.DEPO (3376)  calendar-carolinas@veritext.com  www.veritext.com
Case 7:23-cv-01676-FL  Document 71-2  Filed 09/03/25  Page 2 of 15

```
 1              A P P E A R A N C E S:
 2
 3          ON BEHALF OF THE PLAINTIFF(S):
 4
                ROBERT H. JESSUP, ESQUIRE
 5             5410 Trinity road, Ste. 210
                   Raleigh, NC  27607
 6            rjessup@howardstallings.com
 7              PATRICK ANSTEAD, ESQUIRE
              THE RICHARDSON FIRM, PLLC
 8                455 Ramsey Street
                Fayetteville, NC  28301
 9       patrick.anstead@therichardsonfirm.com
10
11          ON BEHALF OF THE DEFENDANT(S):
12
                RYAN L. BOSTIC, ESQUIRE
13                CRANFILL SUMNER, LLP
                    P.O. Box 44982
14                 Raleigh, NC  27611
                   rbostic@cshlaw.com
15
16              J. LOCKE MILHOLLAND, IV
                   NC DEPT OF JUSTICE
17              114 West Edenton Street
                   Raleigh, NC  27603
18                jmilholland@ncdoj.gov
                   (present via Zoom)
19
                LANCE MARTIN, ESQUIRE
20              JACOBY GILMORE, ESQUIRE
                       BUTLER SNOW
21        1020 Highland Colony Parkway, Suite 1400
                    Ridgeland, MS 39157
22             Lance.Martin@butlersnow.com
              Jacoby.Gilmore@butlersnow.co
23                 (present via Zoom)
24              PAUL ALLEN, ESQUIRE
                SAMPSON COUNTY ATTORNEY
25
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 3 of 15

1  VIDEOGRAPHER: We are on the record at
2  10:15 a.m. This is the deposition of Jessica
3  Jones. This deposition is being held on July
4  21, 2025. The court reporter is Sandra Wise.
5  The videographer is Michael Kirby. Would
6  counsel please introduce themselves and who
7  they represent beginning with the Plaintiff.
8  MR. JESSUP: Robert Jessup, Patrick
9  Anstead for Plaintiff.
10  MR. BOSTIC: Ryan Bostic on behalf of
11  the Sampson County Sheriff and the Sampson
12  County Defendants and I'm also here with the
13  Sampson County attorney Paul Allen.
14  MR. MILHOLLAND: I'm Locke Milholland
15  here virtually by Zoom on behalf of Defendant
16  William Brady. The SBI general counsel, Ryan
17  Nichols may be popping into the meeting
18  through the Zoom option at some point today,
19  but so as not to interrupt the proceeding,
20  I'm going to introduce him now.
21  MR. MARTIN: Lance Martin, Butler Snow,
22  also here on behalf of William Brady.
23  MR. GILMORE: Jacoby Gilmore, Butler
24  Snow, also here on behalf of William Brady.
25  VIDEOGRAPHER: Court reporter, please

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 4 of 15

1              swear the witness.
2                   (Whereupon,
3                    Jessica Jones
4       was called as a witness, duly sworn to tell the
5         truth, and testified under oath as follows:)
6                         EXAMINATION
7      BY MR. BOSTIC:                           10:16 A.M.
8          Q.   Good morning, Ms. Jones.  My name is Ryan
9      Bostic and I'm going to be asking you some questions
10     today during this deposition.  Have you ever given a
11     deposition before?
12         A.   Nope.
13         Q.   Okay, so just to lay down some rules to make
14     sure this goes a little faster and smoother, if you
15     wait til I finish asking the question before you
16     answer, it will make her job a lot easier.  Same, I
17     will wait for you to finish your question before I ask
18     a question.  Okay?
19              And when I -- if a point comes up where I
20     say, is that a yes or a no, I'm not trying to be rude.
21     It's just that head nods and uh-huhs and huh-uhs don't
22     come out too clear on paper.  Okay?
23         A.   Got you.
24         Q.   If you need to take a break, go to the
25     restroom, get a drink of water, just let me know.  I'll

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 5 of 15

1  still talking to my brother.  So I had to wait.
2       Q.   Okay, and who all was there when you got
3  there?
4       A.   The Detective Brady and Godwin.
5       Q.   Anyone else?
6       A.   My brother's mentor was there but he
7  wasn't -- as far, I don't know if he was outside or
8  inside the house.  And then the family that we stayed
9  with and people across the street were there.
10      Q.   Who were the people across the street?
11      A.   Rhonda, Stephanie, Brandy.  I don't know the
12 boy's name and I think her husband, Kaykee.
13      Q.   Were they all Wrights or do they have
14 different last names?
15      A.   Oh, they are all Wrights.
16      Q.   Okay.  And was everyone inside the house?
17      A.   Yes.
18      Q.   And Trey and the two detectives were outside?
19      A.   Yes.
20      Q.   Was anyone else outside?
21      A.   No.  There was nobody else outside when they
22 were questioning my brother.
23      Q.   Would anyone go in and out?
24      A.   They might have been going in and out, but I
25 do know that when you're kind of like walking by and

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 6 of 15

1  going to either the bedroom or the bathroom, you can
2  hear, you know, kind of what they were talking about
3  because it's like super thin.  You can hear anything.
4       Q.   Did you hear anything?
5       A.   I heard a lot of things.
6       Q.   Like what?
7       A.   My brother kept telling him that he didn't do
8  it and they kept telling him that he was lying and they
9  know that he was lying.
10      Q.   And --
11      A.   And told him specifically, that if you say
12 you did it, you can go back and you can go play.
13      Q.   And you heard that through the wall?
14      A.   I sure did.
15      Q.   All right.  And how long were you there, if
16 you know, when you saw them talking to Trey?  Do you
17 know how long it lasted?
18      A.   I don't, but I do know that they were already
19 talking to my brother for quite a while before I even
20 got there.
21      Q.   And how was your brother?  Could you see him?
22      A.   He was crying.  He was very upset because he
23 didn't know what was going on and he didn't understand
24 anything.
25      Q.   Did you ever go out on the porch?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 7 of 15

```
 1       A.   No.
 2       Q.   Did you see Rhonda?
 3       A.   She was in the house.
 4       Q.   Okay, did you ever see her go out on the
 5   porch?
 6       A.   She might have went out there to check on my
 7   brother along with my mom, but they told them that they
 8   needed to go back inside the house, that they couldn't
 9   be out there.
10       Q.   And did you hear them say that?
11       A.   I did.
12       Q.   Okay, and where were you at?
13       A.   At the door.
14       Q.   And then at some point, they finished talking
15   with Trey; right?
16       A.   They did.  Can I get a water, please?
17       Q.   You want to, do you need a break or are you
18   fine?
19       A.   I'm fine.  I just want a water.  My mouth is
20   getting dry.
21       Q.   Sure.  And while Trey was being questioned,
22   what was everyone in the house talking about?
23       A.   They were wondering like what was going on
24   because they didn't know what was going on.
25       Q.   And did, at some point, anyone tell you that
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 8 of 15

1   Trey confessed?
2       A.   No.
3       Q.   So after they finished speaking with Trey,
4   what happens?
5       A.   They told me that I have to come out there
6   and talk, and I didn't find out that he had confessed
7   until the detectives told me.
8       Q.   So what -- does Trey go back inside?
9       A.   Yeah.
10      Q.   Okay.
11      A.   Either he goes back inside or he's playing
12  outside.  One of the two.
13      Q.   And so then you go outside to talk to the
14  detectives; right?
15      A.   Yes.
16      Q.   Did you talk to both of them or one of them?
17      A.   Both of them.
18      Q.   At the same time?
19      A.   Yep.
20      Q.   Okay, was anyone else out there with you?
21      A.   No.
22      Q.   Did Rhonda go out there with you?
23      A.   No.  It was just me and the detectives.
24      Q.   Did Rhonda ever tell you that you should tell
25  the truth to the detectives?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 9 of 15

1      A.   I've always told the truth to them, no matter
2   what the circumstances may be, because that's just who
3   I am.
4      Q.   And how long do you think you talked with the
5   detectives?
6      A.   I don't know.
7      Q.   Did it feel like a long time?
8      A.   It did.
9      Q.   Did your mom ever come outside?
10     A.   No.
11     Q.   And what do you remember from your
12  conversations with the detective?
13     A.   I kept telling them that my brother didn't do
14  it, but they didn't listen and they were screaming and
15  yelling and saying horrible things.  Saying that we
16  know that he did and that you're lying and you're just
17  covering up for him.
18     Q.   But did they ask you any questions?
19     A.   They asked me some questions, but I don't
20  remember exactly what they asked me.
21     Q.   And what did you tell them?
22     A.   I told them that my brother didn't do it.
23     Q.   Do you remember telling the officers that
24  Trey said he went to McKenzie's house to jump on the
25  trampoline?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 10 of 15

1  A. I never said that.
2  Q. Did you tell them that you saw Trey asleep at
3  10:00 p.m.?
4  A. I never said that.
5  Q. Do you remember telling the officers that
6  Trey told you he left the house in the middle of the
7  house to meet McKenzie?
8  A. I never said that.
9  Q. Did you ever tell them that Trey told you
10 that he'd laid beside McKenzie on the couch?
11 A. I never said that.
12 Q. Do you remember telling them that Trey told
13 you that he choked McKenzie with his hand and placed a
14 pillow over her nose?
15 A. I never said that.
16 Q. Did you tell them that you told Trey it's not
17 right to kill a little girl?
18 A. I never said that.
19 Q. Did you tell them that Trey told you it was
20 an accident and he didn't mean to do it?
21 A. I never said that.
22 Q. Did you tell them that Trey had seizures?
23 A. Yeah, I have told them that he has seizures.
24 Q. Did you ever tell them that Trey told you
25 this a couple days after McKenzie's murder?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 11 of 15

1      A.   I never said that.
2      Q.   Did you tell them that Trey was emotional and
3  crying when he told you that?
4      A.   I never said that.
5      Q.   Did you tell them about a journal that you
6  had?
7      A.   I never had a journal.
8      Q.   And you didn't tell them that your
9  grandfather burned the journal?
10     A.   I've never had a journal.
11     Q.   Did the officer take notes?
12     A.   Took notes, but everything that you're
13 saying, I've never said that.
14     Q.   I'm going to show you what's previously been
15 marked as Exhibit No. 48.  And I know it's not the best
16 handwriting, but do you see at the top, is that your
17 name right there?
18     A.   That's my name, but I can't read cursive like
19 that.
20     Q.   Okay.  It says Jessica Jones and your date of
21 birth, 6/25/96.
22     A.   Yeah, that's my name and that's my date of
23 birth.
24     Q.   Okay.  And did the officer ask you to look at
25 this?

Veritext Legal Solutions
800.743.DEPO (3376)  calendar-carolinas@veritext.com  www.veritext.com
Case 7:23-cv-01676-FL   Document 71-2   Filed 09/03/25   Page 12 of 15

1       A.      No.
2       Q.      Did he ever read it to you?
3       A.      No.
4       Q.      On the left-hand side there, is that your
5    initials?  It's on the first page there at the bottom
6    left.
7       A.      That's not my handwriting.
8       Q.      Okay.  How about when you flip it over.  Is
9    that your signature?
10      A.      No, sir.
11      Q.      On the very last one?
12      A.      No, sir.
13      Q.      And did you write your name there?
14      A.      No.  I can't read cursive, nor can I write in
15   cursive, because I didn't get teached [sic] in school.
16      Q.      When did you first learn that they said Trey
17   confessed?
18      A.      The moment that they started talking to me.
19      Q.      Okay.  So they told you Trey said he did it?
20      A.      Um-hum.  Right away.
21      Q.      Right away.  Okay.  And how was your mom
22   reacting to that?
23      A.      If I'm not mistaken, my mom started crying
24   hysterically.
25      Q.      And you didn't tell the police that Trey had

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 13 of 15

1    told you he did it?
2         A.   I never said anything.
3         Q.   Is the only thing you told them that Trey had
4    seizures?
5         A.   I told them that Trey has seizures and I told
6    him that my brother didn't do anything after they had
7    told me that he had confessed to that.  And I said, my
8    brother is not like that.  He's a loving, kind-hearted
9    person and he's very family oriented and he wouldn't do
10   nothing like that.
11        Q.   Why do you think Trey told them he did it?
12        A.   Because the detectives told him that if you
13   confess to doing something like this, you can go back
14   and you can play, and my brother would, being special
15   needs and not understanding, said yes to something that
16   he didn't know what exactly he was confessing to.
17        Q.   Is it your understanding that he did confess
18   to the officers?
19        A.   That's what they told me, that he had
20   confessed to them.  That's my understanding of the
21   situation.
22        Q.   Is that what your mother thought at the time?
23        A.   Assuming.  I can't vouch and say I know what
24   my mom was thinking, because I don't.  I'm not her.
25        Q.   Did she ever talk to you about it?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 7:23-cv-01676-FL    Document 71-2    Filed 09/03/25    Page 14 of 15

```
 1   State of North Carolina
 2   County of Hoke
 3
                    REPORTER'S CERTIFICATE
 4
 5          I, Sandra DeGarmo Wise, Nationally Certified
 6   Verbatim Reporter - Master, do hereby certify that said
 7   witness was duly  sworn by me prior to the taking of
 8   the foregoing testimony.
 9          I do further certify that the foregoing
10   deposition was taken by me and transcribed by me (or
11   under my supervision); and that the foregoing pages
12   constitute a true and correct transcript of the
13   testimony of the witness.
14          I do further certify that I am not counsel
15   for, or in the employment of any of the parties to this
16   action, nor am I interested in the results of this
17   action.
18          In witness whereof, I have hereunto set my
19   hand this 25th day of July 2025.
20
21          [signature: Sandra DeGarmo Wise]
22   _____
23   Sandra DeGarmo Wise, CVR-M
     Notary Public ID #19941040025
24   Nationally Certified Verbatim Reporter (by test)
     Member:  NCRA, NVRA, NCVRA
25   My commission expires:  April 29, 2029
```

Veritext Legal Solutions
800.743.DEPO (3376)   calendar-carolinas@veritext.com   www.veritext.com
Case 7:23-cv-01676-FL   Document 71-2   Filed 09/03/25   Page 15 of 15