IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:23-CV-1676-FL

| | | |
|---|---|---|
| ANTONIO TREY JONES by and through his Guardian Ad Litem, Charles M. Brittain, III, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JAMES HAYWOOD THORNTON, individually and in his official capacity; WILLIAM T. BRADY, individually and in his official capacity; ANDREW WORLEY, individually and in his official capacity; CHRISTOPHER GODWIN, individually and in his official capacity; SAMPSON COUNTY; and THE OHIO CASUALTY INSURANCE COMPANY individually and as a subsidiary to Liberty Mutual Insurance Company, as Surety, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for judicial status conference (DE 80). With respect to issues raised in this motion, the court VACATES all remaining case management deadlines in this action. If necessary, the court will issue new case management order after giving the parties opportunity to submit their proposals for same.

The court DIRECTS counsel for defendant William Brady and counsel for plaintiff to hold a telephonic, videoconference, or in person meet and confer within **21 days** of entry of this order, at which time they shall address the timeline for finalizing the settlement documents. Within **14 days** of the conference, the same parties shall file a joint proposed order memorializing this

deadline.  Upon the court's approval and entry of order setting the deadline, no further extensions will be allowed absent a strong showing of good cause for same.  In the event the parties cannot reach agreement as to the subject deadline, the parties shall report this to the court within **14 days** of the meet and confer, and the court will then set a date and time for the requested status conference.

The instant motion (DE 80) is HELD IN ABEYANCE pending said response to this order. In the event the parties reach agreement as to the deadline for finalizing the settlement documents, the clerk shall, without further order of the court, TERMINATE as moot the motion for status conference (DE 80).

SO ORDERED, this the 24th day of April, 2026.

 

 

_____
LOUISE W. FLANAGAN
United States District Judge