| | |
|---|---|
| **ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN, III,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JAMES THORNTON, individually and in his official capacity, WILLIAM BRADY, individually and in his official capacity, ANDREW WORLEY, individually and in his official capacity, CHRISTOPHER GODWIN, individually and in his official capacity, SAMPSON COUNTY, and THE OHIO CASUALTY COMPANY, individually and as a subsidiary to LIBERTY MUTUAL INSURANCE COMPANY, as Surety,**<br><br>**Defendants.** | **DOJ'S STATUS UPDATE** |

NOW COMES Special Deputy Attorney General, J. Locke Milholland, IV, NCDOJ Counsel for Defendant Brady, and hereby reports to the Court on the status of the meet and confer conference held on May 1, 2026.

This case settled for a substantial sum of money on behalf of SBI Defendant Brady. Said sum to be paid in part by SBI, or the State of NC on behalf of SBI, and in part by AIG, the excess liability carrier for the date of occurrence. Given the substantial sum involved, some back-and-forth was required between DOJ and AIG to agree on appropriate language for the settlement agreement. By the time of the May 1, 2026 meet-and-confer, DOJ and AIG had agreed and delivered the agreement to Plaintiff's Counsel.

At the meet-and-confer, it was anticipated that Plaintiff's settlement broker and AIG's settlement broker were adding additional language to the Settlement Agreement, which would be

circulated with an expectation of having a finalized agreement by May 15, 2026, the date the Joint Status Update was due.

The Settlement Agreement with brokers' added language was not provided to DOJ until approximately noon on May 15, 2026. The version has been circulated to the authorizing individuals on the State's side and the State's side had minor revisions that were accepted by AIG.

This most recent version of the Settlement Agreement has been shared with Plaintiff and Defendants await their response.

NCDOJ and SBI have diligently worked to finalize the Settlement Agreement. At this time, unless Plaintiff has further revisions, DOJ understands the Settlement Agreement to be finalized with execution and court approval remaining.

Respectfully submitted, this 15th day of May, 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General
NC State Bar No. 35449
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27699-9001
Telephone:  (919) 716-6500
Email:  jmilholland@ncdoj.gov

*Counsel for William Brady*

# <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on this day, I electronically filed the foregoing utilizing the CM/ECF

System, which will give notice to counsel of record as follows:

Patrick R. Ansted
patrick.anstead@therichardsonfirm.com
Robert H. Jessup
rjessup@howardstallings.com
*Counsel for Plaintiff*


F. Marshall Wall
mwall@cshlaw.com
Ryan Bostic
rbostic@cshlaw.com
*Counsel for James Haywood Thornton, Andrew Worley,*
*Christopher Godwin, Sampson County, and the Ohio*
*Casualty Insurance Company*

**BUTLER SNOW, LLP**
Scott Lewis
scott.lewis@butlersnow.com
Lance W. Martin
lance.martin@butlersnow.com

*Co-counsel for William Brady*

This the 15th day of May, 2026.

s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General
