IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01676-FL

| | | |
|---|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN III, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | JOINT MOTION FOR COURT APPROVAL OF COMPROMISE SETTLEMENT |
| JAMES THORNTON, individually and in his official capacity; WILLIAM BRADY, individually and in his official capacity; ANDREW WORLEY, individually and in his official capacity; CHRISTOPHER GODWIN, individually and in his official capacity; SAMPSON COUNTY; and THE OHIO CASUALTY INSURANCE COMPANY, individually, and as a subsidiary to LIBERTY MUTUAL INSURANCE COMPANY, as Surety, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

NOW COMES the Plaintiff, by and through the undersigned counsel, jointly with the Defendants, pursuant to the Federal Rules of Civil Procedure and Rule 17.1 of the Local Civil Rules of Practice and Procedure, and hereby moves the Court to approve: (1) the respective proposed Settlement Agreement(s) and General Release(s); (2) the release of any and all claims, actual or potential, of the above-captioned Plaintiff against said Defendants and the Defendants' insurance company or companies for any and all claims of Plaintiff including for emotional distress and

physical injuries; (3) the provision of payments, including, but not limited to, the methods of payment provided for in the Settlement Agreement(s), (4) approval of the attorney's fees, costs and expenses incurred in the prosecution of the Plaintiff's claims, and (5) and other relief the Court deems fair and just.

The parties do not require an in-person hearing. The parties respectfully request that approval of this motion be considered on an expedited basis due to time constraints regarding the rate of interest on the structured settlement annuity.

Plaintiff separately submits a Memorandum in Support of the Joint Motion for Court Approval of Compromise Settlement.

WHEREFORE, the parties respectfully move the Court to enter an Order of Approval to resolve this action.

This the 20th day of May, 2026.

JOINTLY BY ALL PARTIES:

/*s*/ Patrick R. Anstead        /s/ F. Marshall Wall

_____    _____

Patrick R. Anstead                   F. Marshall Wall
The Richardson Firm, PLLC      Cranfill Sumner, LLP
455 Ramsey Street                P.O. Box 27808
Fayetteville, North Carolina 28301    Raleigh, North Carolina 27611-7808
Ph: 910.488-5050                Ph: 919.828.5100
patrick.anstead@therichardsonfirm.com    mwall@cshlaw.com
N.C. State Bar No.: 48259         N.C. State Bar No. 26804
*Attorney for Plaintiff*           *Attorney for Sampson Co. Defendants*

[Signature Page Continues Below]

*Joint Motion for Court Approval of Compromise Settlement*

**JEFF JACKSON**
**Attorney General**

/s/ J. Locke Milholland, IV

_____

J. Locke Milholland, IV
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27602-0629
Ph: 919.716.6545
jmilholland@ncdoj.gov
*Attorney for Defendant Wm. Brady*

# Certificate of Service

I, Patrick R. Anstead, hereby certify that I electronically filed and/or served the foregoing *Joint Motion for Court Approval of Compromise Settlement* on all interested and/or named parties and with the Clerk of Court using the CM/ECF system.

**Via CM/ECF Only**

Mr. F. Marshall Wall
Mr. Ryan Bostic
Cranfill Sumner, L.L.P.
Post Office Box 27808
Raleigh, North Carolina 27611-7808
mwall@cshlaw.com
rbostic@cshlaw.com
*Attorney for Defendants James Thornton,
Andrew Worley, Christopher Godwin
Sampson County, and The Ohio
Casualty Insurance Company*

Mr. J. Locke Milholland, IV
North Carolina Department of Justice
114 West Edenton Street
Raleigh, North Carolina 27603
jmilholland@ncdoj.gov
*Attorney for Defendant Wm. Brady*

Butler Snow, LLP
Mr. Scott Lewis
Mr. Lance Martin
6752 Rock Spring Road, Suite 310
Wilmington, North Carolina 28405
scott.lewis@butlersnow.com
lance.martin@butlersnow.com
*Attorneys for Defendant Wm. Brady*

This the ___ day of May, 2026.

By:      ___/s/ Patrick R. Anstead_____
Patrick R. Anstead
The Richardson Firm, PLLC
455 Ramsey Street
Fayetteville, North Carolina 28301
Telephone: (910) 488-5050
patrick.anstead@therichardsonfirm.com
N.C. State Bar No.: 48259
*Attorney for Plaintiff*