# RELEASE OF CLAIMS

1) ANTONIO TREY JONES, individually and by and through his Guardian *Ad Litem* Charles M. Brittain, III, and for and in consideration of payment(s) to be made by Allied World National Assurance Company, National Fire Insurance Company of Hartford, Nova Casualty Company, and/or QBE Speciality Insurance Company on behalf of James H. Thornton, Andrew Worley, Christopher Godwin, and Sampson County in the total amount of TWO MILLION AND 00/100 DOLLARS ($2,000,000.00), has this day released James H. Thornton, Andrew Worley, Christopher Godwin, Sampson County, the Office of the Sheriff of Sampson County, The Ohio Casualty Company, Allied World National Assurance Company, National Fire Insurance Company of Hartford, Nova Casualty Company, and QBE Speciality Insurance Company, as well as their past, present, and future officers, directors, attorneys, agents, administrators, servants, representatives, employees, insurers or reinsurers, owners, members, managers, shareholders, parent or subsidiary entities, predecessors and successors in interest, heirs, assigns, family members, and all other persons, firms or corporations with whom they have been, are now, or may hereafter be affiliated, (collectively "the Released Parties"), from all claims, demands, or causes of action that are more particularly described and alleged, or could have been described or alleged, in the Complaint filed in civil action 7:23-CV-01676-FL, United States District Court for the Eastern District of North Carolina, as amended ("the Lawsuit").

This release includes, but is not limited to, claims for: personal injuries; violation of civil rights; violation of constitutional rights; punitive or exemplary damages; emotional distress; scarring or other permanent injuries; past, present, and future pain and suffering; past, present, and future medical costs or expenses; past or future loss of earnings or earning capacity; loss of use; property damage; and any and all other loss, damage, cost or expense sustained or which may be sustained by me, past, present or prospective and known or unknown as a result of the events alleged in the Lawsuit.

2)      The undersigned understand and agree that this settlement is the compromise of a disputed claim and that the payments made are not to be construed as an admission of liability on the part of any of the Released Parties, by whom liability is expressly denied.

3)      The undersigned warrant and represent that they, or their attorneys, will satisfy all valid claims or liens against the settlement proceeds referred to in Paragraph 1 of this Release. This includes, but is not limited to, claims or liens by, for, or on behalf of: (a) any provider of medical services including, any hospital, pharmacy, doctor, therapist, or other medical provider; (b) any attorney; (c) any health insurer or employer including, but not limited to, any ERISA-qualified plan; (d) any workers' compensation insurer or employer; (e) Medicare, Medicaid, CMS, Tricare, or any other governmental or quasi-governmental entity; (f) any child

Page 2 of 7

4918-7791-6313, v. 1

support agency or beneficiary; and (g) any other person or entity making a claim for any other expenses related to treatment for injuries <u>or</u> any other consequences resulting from the events alleged in the Lawsuit.

4)      The undersigned agree to protect fully, to hold harmless, and to indemnify the Released Parties for any claim or action for damages (including any judgment, cost, and attorneys' fees resulting therefrom) that may be brought, instituted, or otherwise asserted against the Released Parties, by any person or entity that has a valid subrogation interest in or valid lien against the settlement funds referred to in Paragraph 1 of this Release.

5)      The undersigned warrant and represent that they, or their attorneys, acting at their direction, will file a Stipulation of Dismissal *with prejudice* of all claims against the Released Parties within ten (10) business days of receipt of the settlement funds referred to in Paragraph 1 of this Release.

6)      No oral or parol evidence of any kind shall be admissible to vary, contradict, or explain the terms of this Release, which the undersigned agree are clear and unambiguous.

7)      This Release shall become effective immediately following execution and it shall survive execution and delivery. Each term of this Release is a contractual condition and not a mere recital.

4918-7791-6313, v. 1

8) If any provision of this Release or the application of it to any person or circumstance is invalid or unenforceable to any extent, the remainder of this Release and the application of such provisions to other persons or circumstances shall not be affected, and the intent of this Release shall be enforced to the greatest extent permitted by law.

9) This Release contains the entire agreement between the parties covered by it with regard to the matters set forth in it and shall be binding upon and inure to the benefit of the heirs, successors, assigns, employees, representatives and agents of each. There are no promises, representations, inducements, or agreements, collateral or otherwise, other than those that are specifically set forth in this Release. The persons signing this Release acknowledge that in signing this Release they have not relied on any representation or statement not set forth in this document.

10) The persons signing this Release acknowledge and understand that this is a general release of all claims as to the Released Parties. The persons signing this Release acknowledge that they have been represented by legal counsel of their choice at all relevant times in this matter and had the opportunity to review this Release with legal counsel.

4918-7791-6313, v. 1

11)     This Release shall be construed and interpreted in accordance with the laws of the State of North Carolina, without regard to its choice or conflict of law provisions.

12)     The persons signing this Release hereby represent and warrant that no other person or entity has, or had, any interest in the claims, demands, obligations, or causes of action referred to in this Release, except as otherwise set forth herein or provided by law; that they have the sole right and exclusive authority to execute this Release and that Antonio Trey Jones has the sole right to receive the sums specified in it; and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims, demands, obligations or causes of action referred to in this Release.

13)     The persons signing this Release warrant and represent that each of them is at least eighteen (18) years of age, is under no legal disability, has never been declared legally incompetent, can understand the English language, and has full legal capacity to execute this Release.

14)     The persons signing this Release further state that they have carefully read this Release, know the contents of it, and sign this Release as their own free act and deed.

**[SIGNATURE PAGES FOLLOW]**

4918-7791-6313, v. 1

Jones – Release of All Claims

THIS IS A FINAL RELEASE OF ALL CLAIMS. READ BEFORE SIGNING.

IN WITNESS, I have set my hand and seal.

This the _____ day of _____, 2026.


_____ (SEAL)
CHARLES M. BRITTAIN, III


STATE OF NORTH CAROLINA

COUNTY OF _____

I, _____, Notary Public, do hereby certify that Charles M. Brittain, III personally appeared before me this day and acknowledged the due execution of the foregoing *Release of All Claims* for the purposes therein expressed.

Witness my hand and notarial seal, this the _____ day of _____, 2026.


_____
NOTARY PUBLIC (signature)


_____
NOTARY PUBLIC (printed)


My commission expires:

_____

4918-7791-6313, v. 1

Jones – Release of All Claims

THIS IS A FINAL RELEASE OF ALL CLAIMS. READ BEFORE SIGNING.

IN WITNESS, I have set my hand and seal.

This the _____ day of _____, 2026.


_____ (SEAL)
ANTONIO TREY JONES


STATE OF NORTH CAROLINA

COUNTY OF _____

I, _____, Notary Public, do hereby certify that Antonio Trey Jones personally appeared before me this day and acknowledged the due execution of the foregoing *Release of All Claims* for the purposes therein expressed.

Witness my hand and notarial seal, this the _____ day of _____, 2026.


_____
NOTARY PUBLIC (signature)


_____
NOTARY PUBLIC (printed)


My commission expires:

_____

4918-7791-6313, v. 1