**PROPOSED DISTRIBUTION MEMORANDUM**

*Antonio Trey Jones v. James Thornton, et al.,* 7:23-CV-01676-FL (E.D.N.C.)

Plaintiff and Defendants have agreed to a global settlement of all claims for the combined total amount of $10,000,000.00, with the amount of $8,000,000 to be paid on behalf of Defendant William Brady ($1,000,000.00 payable by the State of North Carolina on behalf of the North Carolina State Bureau of Investigation and $7,000,000.00 payable by Lexington Insurance Company), and the amount of $2,000,000 to be paid on behalf of the Sampson County Defendants. The total settlement proceeds of $10,000,000.00 are to be distributed, as follows:

1. The amount of $1,000,000.00 is to be transferred into the Antonio Trey Jones Irrevocable Trust for the sole benefit of Plaintiff.

2. The amount of $4,171,117.35 is to be paid by Lexington Insurance Company to American General Annuity Service Corporation to fund the purchase of an Internal Revenue Code Section 130(c)-qualified structured settlement annuity from American General Life Insurance Company. All structured settlement payments will be directed to the Antonio Trey Jones Irrevocable Trust.

3. The amount of $1,750,000.00 to be paid to The Richardson Firm, PLLC, for payment of attorney's fees (20% contingency fee minus $250k) incurred as a result of this incident payable to The Richardson Firm.

4. The amount of $1,750,00.00 to be paid to Howard Stallings Law Firm for the payment of attorney's fees (20% contingency fee minus $250k) incurred as a result of this incident payable to Howard Stallings Law Firm.

5. The amount of $90,723.50 for reimbursement of reasonable case costs and expenses incurred prosecuting this action payable to The Richardson Firm, PLLC.

6. The amount of $238,159.15 for reimbursement of reasonable costs and expenses incurred prosecuting this action payable to Howard Stallings Law Firm.

7. The timing of the payment of $1,000,000.00 to be paid by the State of North Carolina is subject to and contingent upon the State's funding availability pursuant to Paragraph 6 of Defendant Brady's Settlement Agreement and Release. Upon payment of said funds, $500,000.00 is to be transferred into the Antonio Trey Jones Irrevocable Trust, $250,000.00 is to be paid to The Richarson Firm, PLLC as attorney's fees, and $250,000.00 is to be paid to the Howard Stallings Law Firm as attorney's fees.

\*\*\*END\*\*\*

Exhibit B

# Structured Settlement Proposal for Trey Jones - Plan 1

| Purchase Date: | 05-04-2026 | | |
|---|---|---|---|
| Assigned | | Rate Series: 656D | 01-06-2026 |

**Trey Jones, Male, DOB ▓▓▓▓ Age 27**

| Benefits | Cost | Guaranteed Benefits | Projected Benefits** |
|---|---|---|---|
| **CASH AT SETTLEMENT** | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 |
| **LIFE WITH PERIOD CERTAIN** - Beginning 01-01-2029, $100,000.00 every 3 years for life with 14 payments guaranteed through 01-01-2068. | $647,001.53 | $1,400,000.00 | $1,700,000.00 |
| **LIFE WITH PERIOD CERTAIN** - Beginning 07-01-2026, $16,013.00 per month for life with 480 payments guaranteed through 06-01-2066. | $3,524,115.82 | $7,686,240.00 | $10,104,203.00 |
| **Totals for Trey Jones** | **$5,671,117.35** | **$10,586,240.00** | **$13,304,203.00** |

| | | | |
|---|---|---|---|
| Totals | $4,171,117.35 | $9,086,240.00 | $11,804,203.00 |
| Lock-in Fee | $0.00 | | |
| Policy Fee | $0.00 | | |
| Total Annuity Cost | $4,171,117.35 | | |
| Cash at Settlement | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 |
| Totals For Settlement Proposal | $5,671,117.35 | $10,586,240.00 | $13,304,203.00 |
| Internal Rate of Return: 5.04% (Based on the 1983(a) Mortality Table) | | | |

*This proposal expires close of business on **03-05-2026**. Include a copy of this proposal with the annuity application. Call home office for approval if over $1,000,000.

THIS PROPOSAL IS NOT VALID IF ANY AMOUNTS OR DATES CHANGE.

**The "Projected Benefits" shown are the cumulative annuity benefits through the annuitant's Normal Life Expectancy or through the guarantee period if no life contingent benefits are paid. Normal Life Expectancy is the actuarially expected life span of an average person of the same age and gender as the annuitant, based on the 1983(a) Mortality Table. The calculation does NOT take into consideration the annuitant's individual health and other mortality factors, which could reduce or extend the annuitant's life expectancy and total payments received.

Case 7:23-cv-01676-FL    Document 85-3    Filed 05/21/26    Page 2 of 2