STATE OF NORTH CAROLINA

COUNTY OF BLADEN

FILED

2023 OCT -9 A 10: 40

BLADEN CO., C.S.C.

BY_____

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO.:  23 CVS _660_

IN re. The matter of ANTONIO TREY
JONES, an incompetent adult,

**ORDER**
**APPOINTING GUARDIAN AD LITEM**

THE COURT, having reviewed the petition in this action, and exhibits attached thereto, and having heard and considered the arguments of counsel, finds that Antonio Trey Jones suffers from an intellectual disability and is without general or testamentary guardian in this State, that said petitioner intends to bring a cause or causes of action against certain defendants for the depravation of his civil rights, and that the best interest of the petitioner will require a Guardian Ad Litem be appointed to represent his interests. It appears that Charles M. Brittain III is competent, discreet, fit and a proper person to act as Guardian Ad Litem and represent the interests of Antonio Trey Jones. The Court has not adjudicated the question of incompetency of petitioner and makes this appointment pursuant to its authority under §§ 1A-1, Rule 17 and 35A-1102 of the General Statutes of North Carolina.

NOW, THEREFORE, IT IS ORDERED that Charles M. Brittain III shall be and is hereby appointed Guardian Ad Litem for Antonio Trey Jones for the purpose of representing his interests and initiating a civil action.

This the __9__ day of __October__, 2023.

_____
Superior Court Judge Presiding
R. Kent Harrell

Exhibit D