THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:23-CV-01676-FL

| | |
|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HAYWOOD THORNTON, individually and in his official capacity; WILLIAM T. BRADY, individually and in his official capacity; ANDREW WORLEY, individually and in his official capacity; CHRISTOPHER GODWIN, individually and in his official capacity; SAMPSON COUNTY; and THE OHIO CASUALTY INSURANCE COMPANY individually and as a subsidiary to Liberty Mutual Insurance Company, as Surety,<br><br>　　　　Defendants. | **AFFIDAVIT OF ROBERT H. JESSUP** |

**NOW COMES** Robert H. Jessup, being first duly sworn and saying as follows:

1.　My name is Robert H. Jessup. I am over the age of eighteen and competent to testify to the matters set forth herein. This affidavit is based upon my personal knowledge and review of my law firm's records.

2.　I am an attorney with Howard Stallings Law Firm in Raleigh, North Carolina. I have nearly 15 years of practice as a litigator and substantial experience handling complex civil litigation, including civil rights matters, insurance coverage disputes, and cases involving significant factual and legal complexity.

# Exhibit F

3. I was initially retained as co-counsel in this matter in November 2024, after initial investigation and litigation had already begun. Trey's original counsel, Patrick Anstead, came to me because he believed that the scope and complexity of the case warranted partnering with another law firm.

4. At the time I became involved, the case had already started to develop into complex federal civil rights litigation involving extensive discovery, multiple defendants, numerous witnesses, and significant legal and insurance coverage issues.

5. In explaining the case and gauging my interest before I became involved, Patrick provided extensive background regarding the underlying facts, including how Trey came to be incarcerated for a crime he did not commit, the years of uncertainty he faced, and the trauma he experienced. I was also introduced to Trey and learned about his intellectual disability and his resilience in overcoming adversity.

6. Patrick also explained the difficulties that Trey and his father faced in securing counsel until they ended up coming to Patrick and the Richardson Firm, who ultimately agreed to take the case. That search for an attorney was not limited to Sampson County, where Trey and his father reside, or nearby counties. I understand that Trey and his father also consulted with larger law firms located in other states, all of whom declined to take the case.

7. Candidly, those difficulties do not surprise me. Civil rights cases are inherently complex, resource-intensive, and often involve significant risk. As a result, they are more difficult for firms to take on than more routine matters. This case, in particular, presented those same challenges.

8. As Patrick was providing me with all this background, I could tell this would be a tough case and require a significant amount of investment in terms of time and resources. However, I firmly believed that Trey had been the victim of clear injustice and that his claims were meritorious. As such, I told Patrick that I was on board and agreed to represent Trey in this matter.

9. From the outset of my involvement, it was clear that this case required substantial additional resources, including coordinated discovery efforts, the management of multiple expert witnesses, and strategic handling of legal and factual issues that were both complex and heavily contested. The case involved a large factual record, extensive deposition testimony, and the need to analyze investigative conduct spanning several years.

10. My work in this case has included assisting with written discovery, preparing for and attending numerous depositions, analyzing witness testimony and documentary evidence, coordinating with expert witnesses, addressing legal issues as they arose, and assisting with overall litigation strategy. My involvement was not limited to any single issue but rather spanned all major aspects of the case as it progressed through discovery and toward resolution.

11. Written discovery alone was substantial in this matter. Thousands of pages were produced by Defendants and required careful review by me, Patrick, and other members of our respective law firms to ensure that material records were not overlooked within the voluminous document production.

12. Indeed, Defendant William Brady's document production alone totaled more than 11,000 pages. That does not account for other non-written materials, such as audio recordings, that were also part of the document production.

13. In addition to discovery produced in this case, there was also a significant volume of materials from Trey's underlying criminal case that required review. Those materials included hours of audio from police interviews spanning from 2013 through 2019, along with lab reports and other written records.

14. This case also required significant travel and in-person work. I traveled to meet with witnesses, prepare them for depositions, and attend depositions across multiple locations. Many of the witnesses in this case required careful and time-intensive preparation due to the nature of the issues involved and the circumstances surrounding the underlying events. As Patrick notes within his declaration, that was particularly the case because nearly every lay witness suffers from either borderline intellectual functioning or a diagnosed intellectual disability.

15. Indeed, there were sixteen depositions held in this matter, those being:

- Deposition of Defendant Christopher Godwin on April 28, 2025
- Deposition of Defendant Andrew Worley on April 29, 2025
- First Deposition of Trey Jones on May 20, 2025
- Deposition of Defendant William Brady on May 28, 2025
- Deposition of Defendant James Thornton on May 29, 2025
- Second Deposition of Trey Jones on June 3, 2025
- Deposition of Amy Jones on June 26, 2025

- Deposition of Jessica Jones on July 21, 2025

- Deposition of Dr. Robert Brown on August 12, 2025

- Deposition of Ernie Lee on August 26, 2025

- Deposition of Donald Hayden on September 4, 2025

- Deposition of Dr. Hayley Cleary on September 10, 2025

- Deposition of Tony Jones on September 17, 2025

- Deposition of Rhonda Wright on October 17, 2025

- Deposition of Robby Thigpen on November 18, 2025

- Deposition of Errol Jarman on December 10, 2025

16. As Patrick notes in his own declaration, every deposition in this case was critical and factored into the issues of liability and damages.

17. I attended nearly every deposition in this case. I prepared for and took the depositions of Defendant Godwin, Defendant Brady, and Errol Jarman. I also defended both of Trey's depositions, along with the depositions of Jessica Jones, Amy Jones, and Mr. Hayden. For any depositions that I was unable to attend, I made sure to either read the transcripts from them, review the video footage, or do both to ensure that I was fully informed.

18. I worked closely with Patrick on identifying and retaining appropriate expert witnesses necessary to address the range of issues presented in this case. Given the nature of the claims, it was essential to retain experts who could address both liability and damages in a meaningful and credible manner.

19. Trey's intellectual disability required the involvement of qualified medical experts to evaluate his cognitive functioning, mental health, and the impact of his arrest and prolonged incarceration, as well as his future care needs. This evaluation required both a retrospective and prospective analysis of his condition, including his functioning when he was accused in 2014 and his current condition.

20. At the same time, since a central issue in this case concerned the conduct of Defendants and law enforcement generally during the investigation into the rape and murder of McKenzie Sessoms, it was also necessary to retain a law enforcement practices expert to evaluate the actions of the investigating officers in this matter and compare those actions to accepted professional standards.

21. Ultimately, we chose to retain several experts across these disciplines, including Dr. Robert Brown, a forensic psychiatrist; Dr. Hayley Cleary, an expert in false confessions and juvenile interrogations; and Donald Hayden, a law enforcement practices expert. Dr. Brown met with Trey on multiple occasions and evaluated his intellectual disability, mental and emotional condition, and the harm he suffered, as well as his future medical and supervisory needs. He also prepared an affidavit in support of the motion for protective order that was filed in advance of Defendants' deposition of Trey. As to Dr. Cleary, she analyzed law enforcement's interrogations of Trey and identified factors known to contribute to unreliable or coerced confessions in juveniles. Lastly, Mr. Hayden evaluated the conduct of the investigating officers and concluded that their conduct failed to comply with accepted standards for homicide and juvenile investigations. Each of these experts was critical to the

development of Trey's claims and required substantial time for record review, report preparation, and deposition testimony.

22. In addition to these experts, we needed someone to assist in evaluating and determining potential insurance coverage, as there were issues with Defendants' insurance policies due to conflicts in coverage and exclusions that would factor into the ability to obtain a favorable settlement for Trey. Donald Dinsmore, an insurance expert with nearly thirty years of working in the insurance industry and more than twenty years of consulting experience, was retained for that purpose and key to untangling the web of insurance policies and identifying coverage for Trey's claims.

23. Coordinating with these experts required substantial attorney time, including reviewing and organizing extensive materials, consulting with each expert regarding their opinions, and ensuring that their analyses were consistent with the evidentiary record and the broader factual development of the case.

24. The prosecution of this case required the expenditure of substantial costs, all of which were advanced without any guarantee of recovery. These expenses included, but were not limited to, expert witness fees, deposition costs, videography services, and other litigation-related expenditures necessary to develop and present Trey's claims. Together, the Richardson Firm and Howard Stallings Law Firm have incurred significant costs in connection with this litigation, which total $328,822.65.

25. In addition to the experts noted above, Patrick and I met on multiple occasions with Jon Camp, a former Emmy award-winning investigative reporter with twenty years of experience as a TV news reporter and anchor, to review written

materials alongside video statements and testimony from the depositions. Our goal was to create a compelling video that explained the facts and the basis for Trey's claims against Defendants. For Mr. Camp, this meant hours of work editing and arranging existing video clips; adding special effects; traveling to interview Trey, his parents, and other individuals and recording additional statements from them; and recording statements from Dr. Cleary, Dr. Brown, and Mr. Hayden.

26. In the end, Mr. Camp produced a documentary-style video that was nearly two-and-a-half hours long and recounted every aspect of this case. This video was prepared to assist in settlement negotiations between the parties, and it was viewed by Defendants and their respective attorneys ahead of the mediation.

27. In total, Howard Stallings Law Firm alone has incurred over $200,000 in costs for this matter. A true and correct copy of the firm's ledger that documents the costs that have already been advanced to date, is attached as **Exhibit A**.

28. For our retained experts, this included $41,298.04 for Dr. Brown, $5,062.50 for Dr. Cleary, and $19,355.97 for Mr. Hayden. The ledger's entries that refer to HMDC Consulting reflect the costs of Dr. Cleary's services, while the ledger's entries that refer to Second Look Training and Forensic Consulting LLC reflect the costs of Mr. Hayden's services.

29. As to Mr. Dinsmore, my firm incurred $20,000 in costs as it relates to his role in advising Patrick and I as to Defendants' insurance policies and potential coverage for Trey's claims. I believe his actual time spent working on this matter actually far exceeded the hours he billed. A true and correct copy of the invoice for

Mr. Dinsmore's services, which have not been logged on the firm's ledger, is attached as **Exhibit B**.

30. As to Mr. Camp, his services cost $124,250, a reflection of the 497 hours that he spent creating a compelling video narrative of the events at issue, which were of significant help for the parties with reaching a settlement. A true and correct copy of the invoice for Mr. Camp's services is attached as **Exhibit C**.[1]

31. I did not record my hours in this case, but I estimate that I have devoted more than 1,000 hours of attorney time to this matter. This time includes work on discovery, depositions, expert coordination, legal analysis, case strategy, settlement efforts, and subsequent planning to ensure Trey's long-term needs are met through the settlement. The demands of this case required sustained attention over an extended period and often involved work during evenings, weekends, and other time that would otherwise have been devoted to other professional or personal obligations.

32. The time commitment required by this case necessarily resulted in the turning down or delay of other matters that would have required less time and fewer resources. This case required a level of sustained effort and focus that is not typical of more routine litigation.

33. In addition to my own work, other members of Howard Stallings Law Firm also contributed substantial time and effort to this case that is worth noting.

---

[1] The invoice by CampSight Communications, which is Mr. Camp's business, reflects the total cost of his services, which was $124,250. That full amount has not been logged on the firm's ledger, but both the ledger and the invoice note the three retainer payments that have been made by the firm.

34. This case involved substantial risk. Civil rights actions of this nature present significant challenges, including defenses based upon qualified immunity, disputed liability, contested causation of damages, and uncertainty as to available insurance coverage. There was no guarantee of recovery, and both the Richardson Firm and Howard Stallings Law Firm invested substantial attorney time, along with advancing significant costs while the outcome stayed uncertain throughout the case.

35. The parties engaged in extensive settlement efforts, including a full-day mediation that lasted approximately twelve hours. After that mediation, the parties continued negotiations, which ultimately resulted in a settlement of $10,000,000.

36. From there, I assisted in negotiating and structuring the settlement and have been involved in efforts to establish a settlement preservation trust and explore long-term financial planning options designed to protect and support Trey, especially given his intellectual disability and ongoing needs.

37. In my professional opinion, the settlement reached in this case is fair, reasonable, and in Trey's best interests. It provides substantial compensation while also ensuring that the recovery can be managed in a way that supports Trey's long-term care and well-being.

38. I am familiar with the customary fees charged in North Carolina for complex civil rights litigation. A contingency fee of 40% is consistent with the custom and practice in cases of this nature, particularly given the level of risk, complexity of the issues, number of experts involved, and the substantial attorney time required.

39. Based on the work performed, the risks assumed, and the result achieved, it is my opinion that the requested attorney's fees are fair and reasonable.

40. I respectfully request that the Court approve the settlement and associated attorney's fees.

DATED: _5-19-26_

_Robert H. Jessup_

Robert H. Jessup

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Sworn to and subscribed before me

this 19th day of May, 2026.

_____, Notary Public

My Commission Expires: _12-1-26_

Tabitha L. McLamb
Notary Public
Harnett County, NC
My Commission Expires 12-01-2026

**Detail Cost Transaction File List**
HOWARD, STALLINGS, FROM, ATKINS, ANGELL & DAVIS PA

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 65434.001 JONES/TREY** | | | | | | | | |
| 65434.001 | 11/18/2024 | 80 | P | 808 | | 5,000.00 | CAMPSIGHT COMMUNICATIONS | 47 |
| 65434.001 | 12/20/2024 | 80 | P | 808 | | 3,625.00 | ROBERT STANLEY BROWN, JR., M.D. | 48 |
| 65434.001 | 01/17/2025 | 80 | P | 808 | | 19,225.13 | ROBERT STANLEY BROWN, JR., M.D. | 49 |
| 65434.001 | 01/30/2025 | 80 | P | 892 | | 40.50 | LEXIS RESEARCH | 50 |
| 65434.001 | 02/06/2025 | 80 | P | 806 | | 99.40 | MILEAGE - HARRISON MCADAMS | 51 |
| 65434.001 | 02/07/2025 | 80 | P | 892 | | 250.87 | LEXIS RESEARCH | 52 |
| 65434.001 | 03/06/2025 | 80 | P | 808 | | 3,468.75 | ROBERT STANLEY BROWN, JR., M.D. | 53 |
| 65434.001 | 03/21/2025 | 80 | P | 808 | | 3,000.00 | SECOND LOOK TRAINING AND FORENSIC CONSULTING LLC | 54 |
| 65434.001 | 03/24/2025 | 80 | P | 808 | | 3,881.25 | HMDC CONSULTING | 55 |
| 65434.001 | 04/11/2025 | 80 | P | 808 | | 4,500.00 | ROBERT STANLEY BROWN, JR., M.D. | 56 |
| 65434.001 | 04/11/2025 | 80 | P | 808 | | 3,750.00 | SECOND LOOK TRAINING AND FORENSIC CONSULTING LLC | 57 |
| 65434.001 | 05/01/2025 | 80 | P | 808 | | 2,500.00 | CAMPSIGHT COMMUNICATIONS | 58 |
| 65434.001 | 05/23/2025 | 80 | P | 808 | | 2,280.92 | PACE REPORTING SERVICE, INC. | 59 |
| 65434.001 | 05/23/2025 | 80 | P | 808 | | 1,108.65 | PACE REPORTING SERVICE, INC. | 60 |
| 65434.001 | 06/23/2025 | 80 | P | 808 | | 210.00 | VERITEXT, LLC | 61 |
| 65434.001 | 06/25/2025 | 80 | P | 808 | | 688.37 | VERITEXT, LLC | 62 |
| 65434.001 | 06/25/2025 | 80 | P | 808 | | 2,292.70 | PACE REPORTING SERVICE, INC. | 63 |
| 65434.001 | 06/25/2025 | 80 | P | 808 | | 1,103.15 | PACE REPORTING SERVICE, INC. | 64 |
| 65434.001 | 06/25/2025 | 80 | P | 808 | | 430.65 | PACE REPORTING SERVICE, INC. | 65 |
| 65434.001 | 07/18/2025 | 80 | P | 808 | | 7,100.00 | SECOND LOOK TRAINING AND FORENSIC CONSULTING LLC | 66 |
| 65434.001 | 07/25/2025 | 80 | P | 808 | | 1,357.00 | JOHN BRENT TROUBLEFIELD | 67 |
| 65434.001 | 07/25/2025 | 80 | P | 808 | | 821.00 | JOHN BRENT TROUBLEFIELD | 68 |
| 65434.001 | 07/25/2025 | 80 | P | 808 | | 572.20 | JOHN BRENT TROUBLEFIELD | 69 |
| 65434.001 | 07/25/2025 | 80 | P | 808 | | 764.00 | JOHN BRENT TROUBLEFIELD | 70 |
| 65434.001 | 07/25/2025 | 80 | P | 808 | | 494.67 | JOHN BRENT TROUBLEFIELD | 71 |
| 65434.001 | 07/25/2025 | 80 | P | 808 | | 270.00 | VERITEXT, LLC | 72 |
| 65434.001 | 07/29/2025 | 80 | P | 808 | | 441.50 | VERITEXT, LLC | 73 |
| 65434.001 | 08/08/2025 | 80 | P | 808 | | 422.48 | VERITEXT, LLC | 74 |
| 65434.001 | 08/08/2025 | 80 | P | 808 | | 1,744.55 | VERITEXT, LLC | 75 |
| 65434.001 | 08/08/2025 | 80 | P | 808 | | 1,071.50 | VERITEXT, LLC | 76 |
| 65434.001 | 08/08/2025 | 80 | P | 808 | | 150.00 | VERITEXT, LLC | 77 |
| 65434.001 | 08/28/2025 | 80 | P | 808 | | 316.40 | JOHN BRENT TROUBLEFIELD | 78 |
| 65434.001 | 08/31/2025 | 80 | P | 892 | | 112.39 | LEXIS RESEARCH | 81 |
| 65434.001 | 09/10/2025 | 80 | P | 808 | | 1,882.77 | SECOND LOOK TRAINING AND FORENSIC CONSULTING LLC | 79 |
| 65434.001 | 09/10/2025 | 80 | P | 808 | | 3,623.20 | SECOND LOOK TRAINING AND FORENSIC CONSULTING LLC | 80 |
| 65434.001 | 09/22/2025 | 80 | P | 808 | | 1,089.15 | PACE REPORTING SERVICE, INC. | 82 |
| 65434.001 | 09/22/2025 | 80 | P | 808 | | 1,181.25 | HMDC CONSULTING | 83 |
| 65434.001 | 10/17/2025 | 80 | P | 808 | | 1,058.45 | VERITEXT, LLC | 84 |
| 65434.001 | 10/20/2025 | 80 | P | 808 | | 10,479.16 | ROBERT STANLEY BROWN, JR., M.D. | 85 |
| 65434.001 | 11/14/2025 | 80 | P | 808 | | 334.60 | JOHN BRENT TROUBLEFIELD | 86 |
| 65434.001 | 11/19/2025 | 80 | P | 808 | | 5,000.00 | CAMPSIGHT COMMUNICATIONS | 87 |
| 65434.001 | 12/23/2025 | 80 | P | 808 | | 531.25 | VERITEXT, LLC | 88 |
| 65434.001 | 12/23/2025 | 80 | P | 808 | | 322.62 | VERITEXT, LLC | 89 |
| 65434.001 | 01/30/2026 | 80 | P | 808 | | 1,018.95 | VERITEXT, LLC | 90 |
| 65434.001 | 01/30/2026 | 80 | P | 808 | | 295.00 | VERITEXT, LLC | 91 |
| 65434.001 | 02/13/2026 | 80 | P | 808 | | 826.37 | TCB VIDEO LLC | 92 |
| 65434.001 | 02/26/2026 | 80 | P | 808 | | 980.35 | PACE REPORTING SERVICE, INC. | 93 |

**Total for Client ID 65434.001**     Billable     101,716.15   JONES/TREY
WRONGFUL INCARCERATION

---

**GRAND TOTALS**

Billable     101,716.15



PLAINTIFF'S
EXHIBIT
*A*
PENGAD 800-631-6989

# Dinsmore Consulting

February 2, 2026

Robert H Jessup, Esquire
rjessup@howardstallings.com

Antonio Trey Jones v Thornton et al

## Statement

| March 11, 2025 | to | February 2, 2026 |
|---|---|---|

## Summary

| | | |
|---|---|---:|
| Professional services per agreement ………………….. | $ | 20,640.00 |
| Received on account (retainer) ………………….………………………………………… | $ | 0 |
| **Grand total** – this statement ……………………….………………………………… | $ | **20,640.00** |

**Federal Tax ID number: # 90-0000551**

131 Lady Bug Lane
Chapel Hill, NC 27516
919.593.1134
Dinsmore1@aol.com

PLAINTIFF'S
EXHIBIT
B
PENGAD 800-631-6989

# CampSight Communications

# INVOICE

3204 Enchanting Way
Raleigh, NC 27616
919.972.1234

| | |
|---|---|
| **Date:** | February 8, 2026 |
| **Invoice #** | 285 |
| **For:** | Trey Jones Video Settlement Brochure & Consulting Services |
| **Rate:** | $250.00 |

**Bill To:**
Robby Jessup
Howard, Stallings, From, Atkins, Angell & Davis, P.A.
5410 Trinity Rd., Suite 210
Raleigh, NC 27605
919.821.7700

## DESCRIPTION

CampSight is helmed by Jon Camp, a former Emmy-winning investigative reporter. In addition to his video production work, Camp serves as a media consultant and investigative agent, helping attorneys attain information, access & engage media as needed, locate potential witnesses, and analyze/frame case narratives top to bottom. Over the more than 14 months CampSight worked on Trey Jones' case, CamSight did all of that and more. We conducted eight principal interviews; reviewed/logged a dozen depositions ranging from 2-6+ hours each; analyzed/clipped from reams of documents/reports from the SCSO, SBI & FBI, as well as the state department of education and medical records; we consumed/annotated reports from each case expert; shot hours of "B-Roll" (original video) around the state; identified/procured "stock" video from multiple sources online; reviewed/captured/incorporated dozens of musical accompaniments throughout video; arranged & wrote (& re-wrote) the 2.5 hour long video; voice-tracked the story (serving as its narrator); and, edited the final narrative. Longer than many feature-length movies, this was the most complex video settlement brochure CampSight has produced, requiring extensive and ongoing research and multiple re-writes as new information developed, which - in turn - required multiple rounds of re-voicing and at least three "full-turn" edits. In the end, it was CampSight's privilege to produce a voluminous mediation video that both laid out Trey's case in full and laid bare the myriad injustices committed against him.
Jon Camp / Owner, CampSight Communications

| WORK PERFORMED | HRS | ACCOUNTING |
|---|---|---|
| 11/8 - 1 hr initial conversation about case and discussion of material | 1 | $ 250.00 |
| 11/9 - 7.5 hrs reviewing complaint line-by-line, making notes for admin, review, research, creating list of questions for Robby and action plan for content gathering | 7.5 | $ 1,875.00 |
| 11/18 - 2 hrs talking case with Robby, going over questions from review, planning video shoots, comms w/patrick re/area shoot/interviews. | 2 | $ 500.00 |
| 11/23 - .5 hr sorting notes from Robby conversation, synthesizing into action plan for shooting and information/content gathering | 0.5 | $ 125.00 |
| 12/5 - .5 hr outreach to Don (expert) to set up January interview, comms outreach to Robby | 0.5 | $ 125.00 |
| 12/7-12/8 - .5 hr email exchange w/Don re: interview, prepping, calendaring | 0.5 | $ 125.00 |
| 1/3-1/5/2025 - 1.5 hr comms with Don Hayden & Robby planning meeting on Monday, Jan. 6 for expert zoom interview at Robby's office, review of Hayden's report and supplemental documentation in prep for meeting with Robby on 6th | 1.5 | $ 375.00 |
| 1/6 - 4 hrs prep for interview with Don/meeting with Robby, meeting, interview, post-interview review with Robby, admin follow | 4 | $ 1,000.00 |
| 1/7 - 1 hr admin, file transfer, copy, import to FCPX, beginning logging process (2.5 hr interview) | 1 | $ 250.00 |
| 1/14 - .5 hr research, comms with Robby/Claudia, prep for call with Trey & family | 0.5 | $ 125.00 |
| 1/15 - 3 hrs logging Don's interview, comms with Robby about interview/strategy | 3 | $ 750.00 |
| 1/16 - 2.5 hrs (am) logging Don's interview, reaching out to Billy's office for Trey's contact info | 2.5 | $ 625.00 |
| 1/16 - 3.5 hrs (pm) finishing log on Don Hayden's interview, transcript into PDF, download full interview, upload interview and transcript to Dropbox, comms with Robby letting him know it's there, fup re: outreach on Trey et al contact info | 3.5 | $ 875.00 |
| 1/21-1/22 - .5 hr comms with Patrick to schedule interview with Trey & dad. Logistics. | 0.5 | $ 125.00 |
| 1/25-1/27 - .5 hr comms with Patrick & Codia re: interview logistics, procure complaint | 0.5 | $ 125.00 |
| 1/28 - 2.5 hrs researching/familiarization of complaint names/places, putting together shot sheet & content needs sheet | 2.5 | $ 625.00 |
| 1/29 - 7 hrs researching names/places, identifying media clips / transcripts, clipping media reports as mp4s, gear prep/interview prep for Amy Jones, outlining/writing script using Don Hayden as "narrator", script readout (23 pages) for edit | 7 | $ 1,750.00 |
| 1/30 - 6.5 hrs final gear check/load, interview with Amy in Louisburg, b-roll shoots at interview site, hospital & Louisburg water tower (drone & pocket 3), comms with Amy, gear unload/check, file transfer/copy (phone, pocket 3, drone, file to file, master hd) | 6.5 | $ 1,625.00 |
| 1/31 - 4 hrs (am) logging Amy's interview | 4 | $ |

1

PLAINTIFF'S EXHIBIT C
PENGAD 800-631-6989

| | | | |
|---|---|---|---|
| 1/31 - 2.5 hrs (pm) working on script | 2.5 | $ | 625.00 |
| 2/1 - 2.5 hrs (am) working on script | 2.5 | $ | 625.00 |
| 2/2 - 4.5 hrs working on script (finished first draft with Amy & Don, printed for review) | 4.5 | $ | 1,125.00 |
| 2/3 - 1.5 hrs (am) reviewing/organizing master file on Jones, intake, comms with Amy & Robby | 1.5 | $ | 375.00 |
| 2/3 - 1.5 hr (pm) comms with Robby re: master file plus questions from scripting process... | 1.5 | $ | 375.00 |
| 2/4 - 4.5 hrs (am) meeting with Robby & Patrick, discussing case and video strategy, admin notes and follow up work after meeting | 4.5 | $ | 1,125.00 |
| 2/4 - 1.5 hrs (pm) reviewing/annotating Robby's demand letter | 1.5 | $ | 375.00 |
| 2/5 - 3 hrs (am) outreach comms with Amy re: contact info for Jessica, Kay and Rhonda, research/ outreach to reporters (Bryan Mims, Gilbert Baez), comms with Nicole Carr, comms with Rhonda (follow up interview scheduled); outreach to Robby | 3 | $ | 750.00 |
| 2/5 - 3.5 hrs (pm) pulling in text from demand letter, fup w/reporters, admin/notes cleanup, scripting, comms with Robby & Patrick | 3.5 | $ | 875.00 |
| 2/6 - 5 hrs investigating reporters and story, comms with Sampson Co. Indy GM re: case, coverage and former ED (re: contact info), scripting, comms with Robby, case file review, outreach/comms with Amy re: Jessica | 5 | $ | 1,250.00 |
| 2/7 - 2.5 hrs scripting, fact checking, adjusting to notes, outreach to Patrick | 2.5 | $ | 625.00 |
| 2/8 - 1 hr working on media narrative and setting up next FCPX timeline, plan audio adjust strategy using PreMix | 1 | $ | 250.00 |
| 2/10 - 2 hrs (am) finishing adjusting notes & scripting, outreach to Robby/Patrick, recapture media on PreMix | 2 | $ | 500.00 |
| 2/10 - 2.5 hrs (pm) working on media narrative, finished rough for review, comms w/Robby re: more DNA clips, internet search | 2.5 | $ | 625.00 |
| 2/11 - 1.5 hrs collecting hard drive, copying/duplicating info, initial cleanup including sweep for duplicates & taxonomy | 1.5 | $ | 375.00 |
| 2/13 - 2.5 hrs fup comms outreach to Patrick re: Raleigh hearing and logistical scheduling for Trey interview, detailed clean up/understand hard drive (rename, expunge, expand - specifically audio section), researching case | 2.5 | $ | 625.00 |
| 2/14 - 2 hrs comms with Codia/logistics re: Trey's interview (now set for 19th at the Richardson Firm), research re: hard drive, outreach to Rhonda re: Monday interview, gear prep | 2 | $ | 500.00 |
| 2/17 - 7.5 hrs hrs final interview prep, gear load, interview with Rhonda Wright in Rocky Mount, copy/ duplicate files, multiple rounds of outreach/comms with Robby, logged Rhonda's interview, incorporated into script, print script for review. | 7.5 | $ | 1,875.00 |
| 2/18 - 2.5 hrs (am) editing final script (w/o experts) | 2.5 | $ | 625.00 |
| 2/18 - 2 hrs (pm) editing final script | 2 | $ | 500.00 |
| 2/20 - 7.5 hrs editing rough A-Roll (w/o experts, Trey, Tony, Jessica or McLawhorn); TRT: 1 hr 24 min, comms with Adrian McLawhorn/logistics for interview next week; comms w/Patrick re: Adrian | 7.5 | $ | 1,875.00 |
| 2/21 - 2.5 hrs (am) tightening A-Roll and adding text boxes | 2.5 | $ | 625.00 |
| 2/21 - 1.5 hrs (pm) tightening A-Roll and adding text boxes | 1.5 | $ | 375.00 |
| 2/22 - 2.5 hrs (am) adding police interview sound to Timeline and logging interviews | 2.5 | $ | 625.00 |
| 2/22 - 1.5 hrs (pm) adding police interview sound, logging interviews & tightening A-Roll | 1.5 | $ | 375.00 |
| 2/23 - 2.5 hrs (am) tightening A-Roll | 2.5 | $ | 625.00 |
| 2/24 - 7.5 hrs interviewing Trey & Tony (at Patrick's office) | 7.5 | $ | 1,875.00 |
| 2/25 - 2 hrs (am), finishing A-Roll, ingesting Trey & Tony, initial color balancing / audio, front/side camera justification | 2 | $ | 500.00 |
| 2/25 - 4.5 (pm) logging Trey & Tony and re-writing script to incorporate their interviews | 4.5 | $ | 1,125.00 |
| 2/26 - 3 hrs (am) justifying timeline, inserting Trey/Tony | 3 | $ | 750.00 |
| 2/26 - 1 hr meeting with Robby discussing Trey/Tony interviews and video progress/strategy | 1 | $ | 250.00 |
| 2/26 1.5 hrs (pm) justifying timeline, inserting Trey/Tony | 1.5 | $ | 375.00 |
| 2/27 - .5 hrs (am) comms w/Jessica re interview (texted list of questions) | 0.5 | $ | 125.00 |
| 2/27 - 4.5 (pm) hrs editing/justifying script, adding in Trey/Tony | 4.5 | $ | 1,125.00 |
| 2/28 - 3 hrs (am) finishing justification of script/A-Roll (1 hr 15 minutes) w/Trey & Tony (still missing Jessica and experts), researching Salemburg neighborhood/layout | 3 | $ | 750.00 |
| 2/28 - 3.5 hrs (pm) finishing A-Roll, download/upload, comms with Robby re: feedback | 3.5 | $ | 875.00 |
| 3/3 - 4 hrs researching Salemburg shoot locations, locating content from source docs for video, mapping out next steps, AM outreach to Adrian and Chris Berendt, researching Bryan Mims, Jessica. PM comms with Adrian, meeting set for tomorrow at 2, prepping gear for Salemburg/Sampson Co./Clinton shoot, PM comms with Robby w/updates/strategy | 4 | $ | 1,000.00 |
| 3/4 - 9 hrs shooting Sampson Co. B-Roll (Pocket 3 & Drone; locations: Sampson Co. Sheriff's Department, Sampson Co. Courthouse, Salemburg Elementary, Salemburg Watertower, Hairr Lane), set up for interview with Adrian McLawhorn in Raleigh at Poe Park (McLawhorn never showed), file admin (centralize, label, ingest, duplicate), import into FCPX, gear breakdown | 9 | $ | 2,250.00 |
| 3/5 - 6.5 hrs, comms with expert (Hayley Cleary), sort/balance/log Salemburg/Sampson Co. footage, edit first draft by tightening A-Roll, adding/refining text boxes, tightening transitions, adding effects, basic audio balance.. selected music options for video/imported into FCPX | 6.5 | $ | 1,625.00 |
| 3/6 - .5 hr outreach to Jessica, Adrian, Robby, Dr. Cleary, Patrick.. comms with Dr. Cleary re: interview | 0.5 | $ | 125.00 |

2

| Description | Hrs | Amount |
|---|---|---|
| 3/11 - 3 hrs tightening draft video, adding text and music (TRT 1 hr. 13 min), comms with Jessica re: interview (date set), outreach to McLawhorn, Berendt, comms with Bryan Mims | 3 | $ 750.00 |
| 3/12 - 2.5 hrs (am) refining draft | 2.5 | $ 625.00 |
| 3/12 - 2 hrs (pm) refining draft, adding accents/graphics, comms/outreach to Robby | 2.5 | $ 625.00 |
| 3/13 - 2.5 hrs (am) finishing DRAFT 2, downloading, uploading, comms with Robby re: review, comms with Patrick re: Dr. Cleary & Brown | 2.5 | $ 625.00 |
| 3/13 - 1 hr (pm) beginning research for interview with Dr. Cleary, reviewing report, making notes | 1 | $ 250.00 |
| 3/14 - 1.5 hrs (am) finishing research/review of Cleary's report, initial prep for interview | 1.5 | $ 375.00 |
| 3/14-3/17 - .5 hrs comms with Patrick re: update, Draft 2, Brown's report and request for e-introduction, scheduling with Don Hayden re: upcoming conversation | 0.5 | $ 125.00 |
| 3/18 - 3 hrs final preps for Cleary interview, interview, file conversion, upload to FCPX/prep for log, outreach to Adrian & Berendt, comms with Jessica | 3 | $ 750.00 |
| 3/19 - 2.5 hrs (am), logging Cleary, prepping for Don's follow up interview, second interview with Don Hayden | 2.5 | $ 625.00 |
| 3/19 - 2.5 hrs (pm) finishing Cleary log, initial prep for Jessica's interview, gear prep, beginning to add Cleary's SOTS into script | 2.5 | $ 625.00 |
| 3/20 - 8 hrs, final gear/interview prep, meeting with Sherry Matthews at Sampson Co. Independent, writing script & incorporating Cleary, additional drone work in Salemburg, interview with Jessica, B-Roll of Hairr Ln., multiple comms with Patrick & Robby | 8 | $ 2,000.00 |
| 3/21 - 1.5 hrs (am) working on script, file transfer/duplication from shoot on 3/20, gear breakdown | 1.5 | $ 375.00 |
| 3/22 - 2 hrs logging Jessica, beginning to work her into script | 2 | $ 500.00 |
| 3/23 - 1.5 hrs (am) finishing scripting, incorporating Robby changes into main draft, exporting main interviews, uploading interviews and log sheet to Dropbox, comms with Robby/Patrick re: Dropbox content and update on progress | 1.5 | $ 375.00 |
| 3/23 - 1.5 hrs (pm) justifying script and adding in Dr. Cleary and Jessica | 1.5 | $ 375.00 |
| 3/24 - 1.5 hrs (am) editing main draft | 1.5 | $ 375.00 |
| 3/24 - 1 hr (pm) meeting with Robby re: video, case strategy & next steps | 1 | $ 250.00 |
| 3/25 - 3 hrs (am) justifying script, editing draft. Finished A/B-Roll (needs QC) | 3 | $ 750.00 |
| 3/25 - 4 hrs (pm) quality control on "Draft 3", download/upload to Dropbox for review (missing Dr. Brown & Adrian), comms with Robby & Patrick re: review & next steps, phone call follow with Robby | 4 | $ 1,000.00 |
| 3/26 - .5 hrs comms with Patrick re: Dr. Brown, comms with Robby re: video, comms with Sherry Matthews | 0.5 | $ 125.00 |
| 3/27 - .5 hr admin cleanup/follow up, consolidating files/notes, follow up | 0.5 | $ 125.00 |
| 3/28 - 1 hr comms with Sherry, Robby, Patrick re: article, comms with Dr. Brown re: scheduling & report | 1 | $ 250.00 |
| 3/30 - 1.5 hrs, worked on new opening text, touch up edits, closing out to-do edits in video. Waiting on Dr. Brown for final elements | 1.5 | $ 375.00 |
| 4/3 - 1.5 hrs reading through, annotating report w/questions for tomorrow's interview | 1.5 | $ 375.00 |
| 4/4 - 1.5 hrs (am) interviewing Dr. Robert Brown | 1.5 | $ 375.00 |
| 4/4 - 3.5 hrs (pm) logging Dr. Brown | 3.5 | $ 875.00 |
| 4/5 - 2.5 hrs (am) working Brown into script, finalizing script (ready for edit), finalizing questions for Robby | 2.5 | $ 625.00 |
| 4/7 - 4.5 hrs (am) editing Brown into timeline (FCPX) | 4.5 | $ 1,125.00 |
| 4/7 - 5.5 hrs (pm) editing Final Draft (v1), finished, download, upload, comms with Robby, Patrick re: video review and next steps | 5.5 | $ 1,375.00 |
| 4/11 - .5 hr comms with Robby re: Patrick notes and video edits | 0.5 | $ 125.00 |
| 4/12-4/14 - .5 hr comms with Patrick & Robby about notes on edits and additional "final" questions | 0.5 | $ 125.00 |
| 4/15 - 5.5 hrs final edits, final QC run, final questions outlined for meeting with Robby, comms with Robby (meeting moved, sick), , download, upload, comms with Robby/Patrick w/final typed questions (for Robby's review) | 5.5 | $ 1,375.00 |
| 4-15-4/19 - .5 hrs comms with Robby & Patrick re: feedback in final draft | 0.5 | $ 125.00 |
| 4/19 - 4.5 hrs making final edits and last QC run, download, upload, comms with Robby/Patrick | 4.5 | $ 1,125.00 |
| 4/30 - .5 hr comms with Robby re: additional work and depositions with Worley & Godwin, file intake | 0.5 | $ 125.00 |
| 5/1 - 1.5 hrs (am) logging Godwin deposition | 1.5 | $ 375.00 |
| 5/1 - 2.5 hrs (pm) logging Godwin deposition (almost halfway through), comms Robby | 2.5 | $ 625.00 |
| 5/2 - 2.5 hrs (am) logging Godwin deposition | 2.5 | $ 625.00 |
| 5/2 - 3.5 hrs (pm) logging Godwin deposition, outreach to Hallie to schedule meeting with Robby | 3.5 | $ 875.00 |
| 5/3 - 3 hrs (am) finished logging Godwin deposition (total at 2x interview length, normally 3x) | 3 | $ 750.00 |
| 5/4 - 1 hr reviewing depo notes | 1 | $ 250.00 |
| 5/5 - .5 hrs comms w/Robby re: Worley depo | 0.5 | $ 125.00 |
| 5/12 - 3 hrs (am) logging Worley | 3 | $ 750.00 |
| 5/12 - 2.5 hrs (pm) finishing Worley log | 2.5 | $ 625.00 |
| 5/12 - 3.5 hrs (pm) beginning work on Worley/Godwin script | 3.5 | $ 875.00 |
| 5/13 - 2 hrs (am) beginning Depo script | 2 | $ 500.00 |
| 5/13- 1.5 hrs (pm) working on Depo script | 1.5 | $ 375.00 |
| 5/14 - 4 hrs (am) working/finishing Depo script, comms with Robby re: next steps | 4 | $ 1,000.00 |

3

| | | | |
|---|---|---|---|
| 5/15 - 8 hs editing / finishing Depo Draft 1 basic A-roll | 8 | $ | 2,000.00 |
| 5/16 - 3.5 hrs finalizing Depo Draft 1 for review, transitions/cuts/fades etc., down/upload, comms with Robby for review | 3.5 | $ | 875.00 |
| 5/20 - .5 hrs comms with Robby re: review of Depo Draft 1 and additional content he wants for deposition with the Sheriff and Bill Brady | 0.5 | $ | 125.00 |
| 5/21 - 1.5 hrs editing new bites per Robby's feedback, down/upload, comms with Robby/Patrick for review | 1.5 | $ | 375.00 |
| 5/29 - 1 hrs quick-turn edit of TV clip for Sheriff's deposition | 1 | $ | 250.00 |
| 6/23 - 1.5 hr meeting with Robby about depositions, case strategy, video direction, new elements | 1.5 | $ | 375.00 |
| 7/8 - .5 hr outreach to Robby for new depositions | 0.5 | $ | 125.00 |
| 7/20 - 2 hrs obtaining (email outreach), downloading and processing Sheriff and Brady depositions, starting log for Sheriff | 2 | $ | 500.00 |
| 7/21 - 2.5 hrs (am) logging Sheriff | 2.5 | $ | 625.00 |
| 7/21 - 4.5 hrs (pm) finishing log of Sheriff, starting log of Brady. | 4.5 | $ | 1,125.00 |
| 7/22 - 3.5 hrs (am) logging Brady | 3.5 | $ | 875.00 |
| 7/22 - 3 hrs (pm) logging Brady | 3 | $ | 750.00 |
| 7/23 - 2.5 hrs (am) logging Brady | 2.5 | $ | 625.00 |
| 7/23 - 2 hrs strategy meeting with Robby | 2 | $ | 500.00 |
| 7/25 - 2.5 hrs (am) logging Brady, reviewing Robby's notes | 2.5 | $ | 625.00 |
| 7/25 - 1.5 hrs (pm) finishing Brady log, comms with Robby's office seeking Jessica's deposition | 1.5 | $ | 375.00 |
| 7/29 - .5 hr comms with Robby re: Jessica's depo, plans/strategy for scripting | 0.5 | $ | 125.00 |
| 8/5 - .5 hr downloading/uploading/filing Jessica's depo | 0.5 | $ | 125.00 |
| 8/8 - 1 hr working on new script | 1 | $ | 250.00 |
| 8/12 - 1 hr working on new script | 1 | $ | 250.00 |
| 8/20 - 1 hr comms with Robby re: new script needs/strong/critical points | 1 | $ | 250.00 |
| 8/20 - 2 hrs logging Jessica's deposition, formatting FCPX, selecting best bites for Jessica's use in new script | 2 | $ | 500.00 |
| 8/28 - 1 hr thinking through/writing new script | 1 | $ | 250.00 |
| 8/29 - 3.5 hrs writing script outline | 3.5 | $ | 875.00 |
| 8/30 - 1 hr writing script | 1 | $ | 250.00 |
| 8/31 - 3 hrs (am) writing script | 3 | $ | 750.00 |
| 9/1 - 6.5 hrs writing script | 6.5 | $ | 1,625.00 |
| 9/2 - 1.5 hrs writing script | 1.5 | $ | 375.00 |
| 9/3 - 2.5 hrs (am) writing script | 2.5 | $ | 625.00 |
| 9/3 - 2.5 hrs (pm) writing script | 2.5 | $ | 625.00 |
| 9/4 - 2 hrs (am) writing script (finished first draft) | 2 | $ | 500.00 |
| 9/5 - 3.5 hrs rewriting | 3.5 | $ | 875.00 |
| 9/6 - 1.5 hrs rewriting | 1.5 | $ | 375.00 |
| 9/8 - 2 hrs finishing script, comms with Robby, email re: next steps | 2 | $ | 500.00 |
| 9/11 - 1 hr prepping for tomorrow's meeting, shoring up script, including key/chapter outline, printout | 1 | $ | 250.00 |
| 9/12 - .5 hrs prepping for meeting with Robby re: case update/plan going forward (meeting pushed to late-Sept) | 0.5 | $ | 125.00 |
| 9/18 - .5 hr comms with Robby re: case/strategy, upload Brady's interview for review to | 0.5 | $ | 125.00 |
| 10/1 - 2.5 hrs consulting on strategic direction for Brady's interview, background research into SBI policy and state/SCSO relationship | 2.5 | $ | 625.00 |
| 10/30 - 1.5 hrs prepping for meeting with Robby, meeting/reviewing script with Robby, discussing needs and next steps | 1.5 | $ | 375.00 |
| 11/4 - 2 hrs getting new info and starting rewriting script | 2 | $ | 500.00 |
| 11/5 - 5 hrs rewriting script, digesting the suppression order, converting Rhonda and Tony depo vids | 5 | $ | 1,250.00 |
| 11/6 - 3.5 hrs (am) writing script, working in SBI memo and creating Brady section, comms with Robby | 3.5 | $ | 875.00 |
| 11/6 - 3.5 hrs (pm) finishing script, comms w/Robby asking for review, starting a-roll, laying in bites and structuring story on timeline | 3.5 | $ | 875.00 |
| 11/10 - .5 hr editing sots into timeline | 0.5 | $ | 125.00 |
| 11/11 - 6 hrs writing script, locating additional content and finishing "SOT" a-roll timeline, print out script for meeting with Robby on Friday, comms w/Robby re: meeting | 6 | $ | 1,500.00 |
| 11/14 - 2.5 hr meeting with Robby re new script, call with Patrick re: depos and strategy session, plan set for video | 2.5 | $ | 625.00 |
| 11/17 - 1 hr pm editing in Robby's changes for sound on main timeline as well as finalizing script for track | 1 | $ | 250.00 |
| 11/17 - 3.5 hrs pm tracking, editing timeline with voice track, editing track to one clip, prepping timeline for track edit | 3.5 | $ | 875.00 |
| 11/18 - 6.5 hrs finishing/tightening A-Roll and rewriting script for retracks | 6.5 | $ | 1,625.00 |
| 11/26 - .5 hr comms with Patrick re: Lee and Thigpen depositions, strategy for DNA section | 0.5 | $ | 125.00 |
| 12/15 - .5 hr email outreach to Patricks and Robby re: DNA section review | 0.5 | $ | 125.00 |
| 12/15 - 4 hrs logging Ernie Lee | 4 | $ | 1,000.00 |

4

| | | | |
|---|---|---|---|
| 12/16 - .5 hrs comms with Robby and Patrick re: DNA section & revisions to script | 0.5 | $ | 125.00 |
| 12/31 - 3 hrs logging Thigpen, comms with Robby and Patrick about next script and additional meetings | 3 | $ | 750.00 |
| 1/7 - 2.5 hrs (am) reviewing/refining/annotating Ernie Lee's depo in preps for conversation with Patrick, comms with Patrick, follow on paper | 2.5 | $ | 625.00 |
| 1/7 - 3.5 hrs (pm) reviewing/refining/annotating Robbie Thigpen's depo per morning conversation with Patrick/notes on Lee | 3.5 | $ | 875.00 |
| 1/8 - 2 hrs writing script | 2 | $ | 500.00 |
| 1/10 - 1 hr scripting, logging Errol Jarmon | 1 | $ | 250.00 |
| 1/11 - 2.5 hrs logging Jarmon | 2.5 | $ | 625.00 |
| 1/12 - 7.5 hrs logging Jarmon, working into new script, synthesizing, proof-reading | 7.5 | $ | 1,875.00 |
| 1/13 - 1.5 hrs (am) finishing script, comms with Robby re: printing for meeting with Patrick & Robby | 1.5 | $ | 375.00 |
| 1/13 - 4 hrs (pm) meeting with Patrick & Robby finalizing script | 4 | $ | 1,000.00 |
| 1/14 - 2 hrs (am) justifying script between official and copies from notes made during meeting | 2 | $ | 500.00 |
| 1/14 - 4.5 hrs (pm) rewriting script | 4.5 | $ | 1,125.00 |
| 1/15 - 8 hrs writing, tracking, editing | 8 | $ | 2,000.00 |
| 1/16 - 7.5 hrs editing | 7.5 | $ | 1,875.00 |
| 1/17 - 5.5 hrs editing, finishing new A-Roll, down/upload, comms with Robby & Patrick re: next steps | 5.5 | $ | 1,375.00 |
| 1/18 - .5 hrs text review/outreach to Robby&Patrick re: feedback on video | 0.5 | $ | 125.00 |
| 1/19 - 12 hrs outreach/comms with team re: feedback, necessary changes and next steps, editing | 12 | $ | 3,000.00 |
| 1/20 - 11.5 hrs editing re: feedback from Robby/Patrick, beginning B-Roll edits | 11.5 | $ | 2,875.00 |
| 1/21 - 10.5 hrs editing, multiple rounds of comms, final draft down/uploaded, comms with Robby & Patrick re: next steps, comms re: setting video as FINAL w/password & distribution | 10.5 | $ | 2,625.00 |
| | | | |
| | | | |
| Total ($250/hr) | 497 | $ | 124,250.00 |
| | | | |
| Retainer #1 (paid) | | $ | (5,000.00) |
| Retainer #2 (paid) | | $ | (2,500.00) |
| Retainer #3 (paid) | | $ | (5,000.00) |
| | | | |
| Balance Remaining | | $ | 111,750.00 |

Make all checks payable to **CampSight Communications**

If you have any questions concerning this invoice, contact Jon Camp at 919.972.1234.

**THANK YOU FOR YOUR BUSINESS!**

5