ANTONIO TREY JONES, by and )
through his Guardian Ad Litem, )
CHARLES M. BRITTAIN III, )
)
        Plaintiff, )
)
v. )
)
JAMES THORNTON, individually )
and in his official capacity; WILLIAM )
BRADY, individually and in his )
official capacity; ANDREW WORLEY, )
individually and in his official )
capacity; CHRISTOPHER GODWIN, )
individually and in his official )
capacity; SAMPSON COUNTY; and )
THE OHIO CASUALTY INSURANCE )
COMPANY, individually, and as a )
subsidiary to LIBERTY MUTUAL )
INSURANCE COMPANY, as Surety, )
)
        Defendants. )
)

# Declaration of Matthew Ballew

I, Matthew Ballew, hereby declare and state under oath as follows:

1. I am a member and founding partner of Ballew Puryear PLLC. I have been practicing law in North Carolina for over 16 years and have focused my practice on representing plaintiffs in complex civil litigation in both state and federal courts. My law firm is located at 4000 Westchase Boulevard, Suite 300, Raleigh, North Carolina, 27607.

# Exhibit H

2.    I am not involved in the representation of the Plaintiff in this matter, and I have no financial interest in the outcome of the issues before the Court.

3.    I am submitting this Declaration at the request of Plaintiff's attorney Patrick R. Anstead in order for the Court to assess the reasonableness of the amount of the attorney's fees sought by Plaintiff's counsel.

4.    I have more than a decade of experience representing plaintiffs in complex civil rights litigations. I have litigated civil rights claims in both federal and state courts throughout North Carolina and have multiple such cases pending as of this time in both courts. I have tried complex civil rights cases to jury verdicts in both federal and state courts in North Carolina and have personally handled such cases from inception through final appellate decisions before both the Fourth Circuit Court of Appeals as well as the North Carolina Supreme Court.

5.    It is the practice of Ballew Puryear PLLC to undertake representation in similar cases on a 40% contingency fee arrangement plus the reimbursement of cases expenses.

6.    Cases like the above-titled action often require extensive funding of advanced costs by plaintiff's counsel to investigate, file, and litigate to conclusion. These cases involve high risk and are routinely aggressively litigated for multiple years. The 40% contingency agreement reflects the substantial risk and complexity of the work plaintiff's attorneys must undertake

Case 7:23-cv-01676-FL     Document 85-9     Filed 05/21/26     Page 2 of 4

to properly prosecute and advance a civil rights case before federal or state courts.

7.     I agree with the many court opinions from across the country which have noted and explained that contingency fees provide access to counsel for individuals who would otherwise have difficulty obtaining representation. Based upon my experience representing the individuals and families who are the victims of actionable civil rights violations, it is my sincere belief that the litigation and resolution of these claims would not be feasible without the above-described type of contingency fee and cost reimbursement arrangement

8.     I am familiar with the contingency fee and cost reimbursement arrangements utilized by other similarly trained and experienced civil rights law firms and attorneys in North Carolina, and I agree that a 40% contingency fee plus reimbursement of cases expenses is both fair, reasonable, and consistent with that of other similar law firms commonly utilize in similar cases.

9.     I declare under penalty of perjury under the laws of the State of North Carolina, that the foregoing is true and correct to the best of my knowledge.

10.    Further affiant sayeth naught.

Case 7:23-cv-01676-FL    Document 85-9    Filed 05/21/26    Page 3 of 4

This the 5th day of March, 2026.

BALLEW PURYEAR PLLC

Matthew D. Ballew, N.C. State Bar No. 39515
4000 Westchase Blvd
Bldg. II, Suite 300
Raleigh, North Carolina 27607
Telephone: (984) 370-3030
Facsimile: (984) 960-1982
mballew@ballewlaw.com