IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISON
7:23-cv-01676-FL

## AFFIDAVIT OF TONY JONES

NOW COMES the affiant, Antonio "Tony" Jones, being duly sworn and under oath and says:

1. When Trey came home from prison in 2020 he went to live with his mom, Amy. Immediately, they started not getting along, so I went to pick him up and bring him back to live with me.

2. I noticed right away that Trey was unable to do basic daily things, such as cooking, cleaning, reading, etc. I was surprised because by his age, even with his disability he should have been able to do some of these things.

3. I feel like if he had not gone to prison and been able to go to school, he would have learned how to do some of these things. I began teaching him these things, I also started teaching him how to cut grass and work on the lawn mower and those types of things.

4. Even though I graduated High School, I still have trouble reading and understanding certain words. I help Trey with reading and try to explain what certain things mean. It was a long slow process, but he has since caught on to quite a few things. He even cooks dinner sometimes.

5. I called dozens of attorneys looking for someone who would possibly take Trey's case. I even spoke with lawyers as far as New York and Washington DC. After hearing Trey's story no one was willing to take my son's case. We spent 2 ½ years looking for a lawyer.

6. One attorney near Raleigh said that he couldn't take the case because he knew Mr. Thornton (he was involved in my son's case). It was extremely frustrating and I was sad that my son would not get the justice he deserves. Trey had almost given up when he called Mr. Patrick Anstead.

7. It was a huge relief to know that there was an attorney who would care enough to at least hear my son's story. When we met with Mr. Anstead, I truly felt I had finally found someone who truly cared about what my son had gone through.

8. I just wanted justice, even though my son has a disability, he didn't deserve to be taken advantage of and lost 7 years of his life. After meeting with Mr. Patrick and his assistant Ms. Codia, Trey was so happy that someone took an interest in him and what he had been through.

# Exhibit I

9. During this time, Mr. Patrick has been amazing with my son. He really has gone above and beyond. He would spend so much time with me and my son to try and make sure we understood (the best we could) what was happening with the case. Knowing there was an attorney and assistants we could call anytime for any reason and getting the support, guidance and care my son needed was a blessing.

10. After all the phone calls we made, we just didn't think there was an attorney out there like Mr. Anstead. As this case progressed, I feel like we have been kept in the loop every step of the way.

11. Mr. Chuck Brittain explained things to Trey in a way to help Trey understand his role as guardian. Honestly, this whole team is a true blessing to me and my son.

12. When Mr. Robby came on board, we were able to meet and talk with him a lot, and he also was very supportive and patient with Trey. Trey and Mr. Robby talk about WWE wrestling and now they are Facebook friends .

13. Currently me and Trey live in a mobile home together. I help Trey all the time with daily things. Especially, reading (phone messages, tv captions, dr. office paperwork).

14. I must monitor his daily life, but since he has come home, he has made a lot of progress with things like cooking and cleaning. Reading not so much. He still struggles with understanding some things. Through working with Trey, he can now cook some things on his own and clean up himself.

15. The outcome of this case is way more than we ever expected. This whole thing has been a struggle both financially and mentally for us. This has been going on for almost half of my son's life.

16. My son will forever struggle with people thinking he was guilty of this, even though it has been proven he is innocent, people still make smart comments.

17. Hopefully, this settlement will prove how wronged my son was and Trey can move on with life. Knowing the money will be structured gives me peace of mind. This way I know Trey will be taken care of and no one can con my son out of it. We hired Mr. Patrick and Mr. Robby because we trusted them. The lawyers should get their fee and be paid back for the money they spent on my son's case.

18. After everything that my son has been through, he deserves this.

Further affiant sayeth naught.

[Signature Page to Follow]

Signature Page
Affidavit of Tony Jones
Antonio Trey Jones v. James Thornton, et al.
7:23-cv-01676-FL

This the _9_ day of _March_, 2026.

_____
Tony Jones

STATE OF NORTH CAROLINA
COUNTY OF CUMERLAND

Sworn to and subscribed before me
this the _4th_ day of _March_, 2026.
_Codia Ditaranto_ (Print Name)
_____ (Sign Name)
NOTARY PUBLIC
My Commission Expires: _11/12/2027_

CODIA DITARANTO
NOTARY PUBLIC
Harnett County
North Carolina
My Commission Expires 11/12/27