# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## CASE NO. 7:23-CV-01676-FL

|  |  |
|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN III,<br><br>     Plaintiff,<br><br>     v.<br><br>JAMES THORNTON, et al.,<br><br>     Defendants. | **STIPULATION OF DISMISSAL AS TO DEFENDANTS THORNTON, WORLEY, GODWIN, SAMPSON COUNTY AND THE OHIO CASUALTY COMPANY ONLY** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Antonio Trey Jones, by and through his Guardian Ad Litem, Charles M. Brittain III, and Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County and The Ohio Casualty Company, individually and as a subsidiary of Liberty Mutual Insurance Company, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by Plaintiff against Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County Sampson County and The Ohio Casualty Company, individually and as a subsidiary of Liberty Mutual Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

The parties further stipulate that, pursuant to the Court's prior Order approving the settlement in this action, the settlement proceeds due from Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County and The Ohio Casualty Company, individually and as a subsidiary of Liberty Mutual Insurance Company have been received by Plaintiff, and this dismissal effectuates that settlement.

This Stipulation applies **only** to Defendants James Thornton, Andrew Worley, Christopher Godwin, Sampson County and The Ohio Casualty Company, individually and as a subsidiary of Liberty Mutual Insurance Company. All claims against Defendant William Brady are expressly preserved until the full amount of settlement funds are received.

This the 4th day of August, 2026.

/s/ Robert H. Jessup
Howard Stallings Law Firm
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
rjessup@howardstallings.com
*Attorney for Plaintiff*

/s/ F. Marshall Wall
F. Marshall Wall
NC Bar No. 26804
Cranfill Sumner LLP
P. O. Box 27808
Raleigh, NC  27611
mwall@cshlaw.com
*Attorneys for James Thornton, Andrew Worley, Christopher Godwin, Sampson County, and The Ohio Casualty Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of August, 2026, I electronically filed the foregoing Stipulation of Dismissal as to Defendants Thornton, Worley, Godwin, Sampson County and The Ohio Casualty Company Only with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic notices in this matter.

This the 4th day of August, 2026.

**HOWARD STALLINGS LAW FIRM**

By:/s/ Robert H. Jessup
    Robert H. Jessup (State Bar No. 42945)
    5410 Trinity Road, Suite 210
    Raleigh, North Carolina 27607
    Telephone: (919) 821-7700
    rjessup@howardstallings.com
    *Attorney for Plaintiff*