IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01676-FL

| | | |
|---|---|---|
| ANTONIO TREY JONES, by and through his Guardian Ad Litem, CHARLES M. BRITTAIN III,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HAYWOOD THORNTON, et al.,<br><br>Defendants. | ) | **ORDER SETTING JUDICIAL STATUS CONFERENCE AND REQUIRING STATUS REPORTS** |

Upon consideration of Plaintiff's Renewed Motion for Judicial Status Conference Regarding Outstanding State Settlement Payment, and for good cause shown, the motion is GRANTED as follows:

1. The Clerk shall schedule a judicial status conference concerning the State's outstanding $1,000,000 settlement contribution on behalf of Defendant William T. Brady and notify counsel of the date, time, and means of appearance. The matter shall be administratively reopened to the extent necessary for this limited purpose.

2. Plaintiff's counsel and Defendant Brady's counsel shall participate. Brady's counsel shall arrange for counsel addressing the State's contribution to participate and for a representative knowledgeable about funding and payment to be present or reasonably available.

3. Within 14 days after entry of this order, Defendant Brady, through counsel and after consultation with appropriate State personnel, shall file a status report addressing: (a) current funding availability; (b) efforts made to secure funding and process payment; (c)

remaining approvals or processing steps; and (d) the anticipated payment date or, if no date can reasonably be provided, the reasons for that uncertainty and the next steps.

4. Defendant Brady shall file updated reports every 30 days after the initial report until payment is received or further order. Plaintiff shall promptly notify the Court upon receipt of the State's payment.

5. The funding contingency and limits of the State's obligations recognized in the June 2, 2026 approval order remain in effect. This order concerns conference participation and status reporting and makes no determination of breach or a payment deadline.

SO ORDERED, this ____ day of ___________________, 2026.

______________________________________
LOUISE W. FLANAGAN
United States District Judge